**07 CIV 7657**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,          :
                                        : Case No. 07-
              Plaintiff,                :
                                        :
      -against-                         : DISCLOSURE STATEMENT
                                        : PURSUANT TO FED. R. CIV. P.7.1
NATIONAL SETTLEMENT AGENCY, INC. and    :
STEVEN M. LEFF, RACHEL AND RICHARD A    :
LEFF, M. LEFF                           :
                                        :
              Defendant.                :
                                        :
----------------------------------------x

RECEIVED AUG 28 2007 U.S.D.C. S.D.N.Y. CASHIERS

Plaintiff ABN AMRO MORTGAGE GROUP, INC., by its attorneys, Bryan Cave LLP, for its Statement of Disclosure pursuant to Fed.R.Civ. P. 7.1, hereby states that it is a wholly owned subsidiary of Citimortgage, Inc.. Citibank, N.A., Citicorp Holdings, Inc., and Citigroup, Inc. are parent corporations of Citimortgage, Inc.

Dated:   New York, New York
         August 28, 2007

                                        BRYAN CAVE LLP

                                        By: _____
                                            Noah M. Weissman (NW 8592)
                                            Omar A. Shakoor (OS 4913)
                                            1290 Avenue of the Americas
                                            New York, New York 10104
                                            (212) 541-2000

                                            *Attorneys for the Plaintiff*

C018858/0201460/1405119.1