USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/07

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Bond 104994866

ABN AMRO MORTGAGE GROUP, INC.
_____
Plaintiff

vs.

NATIONAL SETTLEMENT AGENCY, INC., STEVEN M. LEFF, RACHEL M. LEFF and RICHARD A. LEFF,
_____
Defendants

TEMPORARY RESTRAINING ORDER

Case No. 07-CV 7657

WHEREAS, by Order of the above entitled Court, Plaintiff (s) ____, was required to file an undertaking in the sum of _____ Ten Thousand and No/100---------------------------------------------------------------------------- DOLLARS as a condition for a Temporary Restraining Order to be in effect restraining and enjoining the above named Defendant (s) ____, from the commission of certain acts as more fully set forth in said order.

NOW, THEREFORE, Travelers Casualty and Surety Company of America , a corporation organized and existing under the laws of the State of Connecticut _____ and authorized to transact the business of Surety, as Surety, in consideration of the premises and issuance of said Temporary Restraining Order does hereby undertake to pay all costs and disbursements that may be decreed to the Defendant (s) ____ and such damages not exceeding the amount of Ten Thousand and No/100------------
----------------------------------------------------------------------------------($10,000.00)
DOLLARS as the Defendant (s) ____ may sustain by reason of said Temporary Restraining Order if the same be wrongfully obtained and without sufficient cause.

IN WITNESS WHEREOF, we have set our hand and seal the 30th day of August, 2007.

8/30/07
APPROVED AS TO FORM
J Michael McMahon
CLERK
By _____
Dep Clerk

Travelers Casualty and Surety Company of America

BY: _____
Michael Kubis      Attorney-in-Fact

## ACKNOWLEDGEMENT OF SURETY

STATE OF      NEW YORK      )

CITY OF       NEW YORK      )   SS:

COUNTY OF     NEW YORK      )

On this 30th day of August the year 2007, before me personally came to me known, who, being by me duly sworn, did depose and say that Michael Kubis he/she resides in New York, NY, that he/she is the Attorney-in-Fact of Travelers Casualty and Surety Company of America the corporation described in and which executed the above instrument; and that he/she signed his/her name thereto by order of the Board of Directors of said Corporation.

*Cynthia Farrell*
Notary Public or Commissioner of Deeds
Cynthia Farrell
Expires: 8/28/2010

CYNTHIA FARRELL
NOTARY PUBLIC, STATE OF NEW YORK
NO. 01FA6047087
QUALIFIED IN QUEENS COUNTY
COMMISSION EXPIRES AUG. 28, 2010

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

# POWER OF ATTORNEY



| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

Attorney-In Fact No. 218261

Certificate No. 001649700

**KNOW ALL MEN BY THESE PRESENTS:** That Seaboard Surety Company is a corporation duly organized under the laws of the State of New York, that St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company and St. Paul Mercury Insurance Company are corporations duly organized under the laws of the State of Minnesota, that Farmington Casualty Company, Travelers Casualty and Surety Company, and Travelers Casualty and Surety Company of America are corporations duly organized under the laws of the State of Connecticut, that United States Fidelity and Guaranty Company is a corporation duly organized under the laws of the State of Maryland, that Fidelity and Guaranty Insurance Company is a corporation duly organized under the laws of the State of Iowa, and that Fidelity and Guaranty Insurance Underwriters, Inc. is a corporation duly organized under the laws of the State of Wisconsin (herein collectively called the "Companies"), and that the Companies do hereby make, constitute and appoint

Robert McDonough, Glenn Pelletiere, Betty Calderon, Debra A. Deming, Vivian Carti, Halina Kazmierczak, Cynthia Farrell, Sandra Diaz, Elizabeth Marrero, Thomas Rhatigan, Evangelina L. Dominick, Annette Leuschner, and Michael Kubis

of the City of __New York__, State of __New York__, their true and lawful Attorney(s)-in-Fact, each in their separate capacity if more than one is named above, to sign, execute, seal and acknowledge any and all bonds, recognizances, conditional undertakings and other writings obligatory in the nature thereof on behalf of the Companies in their business of guaranteeing the fidelity of persons, guaranteeing the performance of contracts and executing or guaranteeing bonds and undertakings required or permitted in any actions or proceedings allowed by law.

**IN WITNESS WHEREOF**, the Companies have caused this instrument to be signed and their corporate seals to be hereto affixed, this __2nd__ day of __February__, __2007__.

| Farmington Casualty Company | St. Paul Guardian Insurance Company |
| Fidelity and Guaranty Insurance Company | St. Paul Mercury Insurance Company |
| Fidelity and Guaranty Insurance Underwriters, Inc. | Travelers Casualty and Surety Company |
| Seaboard Surety Company | Travelers Casualty and Surety Company of America |
| St. Paul Fire and Marine Insurance Company | United States Fidelity and Guaranty Company |

By: _George W. Thompson, Senior Vice President_

State of Connecticut
City of Hartford ss.

On this the __2nd__ day of __February__, __2007__, before me personally appeared George W. Thompson, who acknowledged himself to be the Senior Vice President of Farmington Casualty Company, Fidelity and Guaranty Insurance Company, Fidelity and Guaranty Insurance Underwriters, Inc., Seaboard Surety Company, St. Paul Fire and Marine Insurance Company, St. Paul Guardian Insurance Company, St. Paul Mercury Insurance Company, Travelers Casualty and Surety Company, Travelers Casualty and Surety Company of America, and United States Fidelity and Guaranty Company, and that he, as such, being authorized so to do, executed the foregoing instrument for the purposes therein contained by signing on behalf of the corporations by himself as a duly authorized officer.

In Witness Whereof, I hereunto set my hand and official seal.
My Commission expires the 30th day of June, 2011.

_Marie C. Tetreault, Notary Public_

58440-8-06 Printed in U.S.A.

WARNING: THIS POWER OF ATTORNEY IS INVALID WITHOUT THE RED BORDER

**TRAVELERS CASUALTY AND SURETY COMPANY**

HARTFORD, CONNECTICUT 06183

FINANCIAL STATEMENT AS OF DECEMBER 31, 2006

AS FILED IN THE STATE OF NEW YORK

CAPITAL STOCK $ 25,000,000

| ASSETS | | LIABILITIES & SURPLUS | |
|---|---:|---|---:|
| CASH & INVESTED CASH | $ 436,853,967 | UNEARNED PREMIUMS | $ 1,809,304,622 |
| BONDS | 9,097,159,717 | LOSSES | 5,263,684,687 |
| STOCK | 2,780,389,306 | LOSS ADJUSTMENT EXPENSES | 1,392,634,379 |
| MORTGAGE LOANS AND REAL ESTATE | 16,706,687 | COMMISSIONS | 121,162,301 |
| OTHER INVESTED ASSETS | 510,901,991 | TAXES, LICENSES AND FEES | 89,843,938 |
| INVESTMENT INCOME DUE AND ACCRUED | 116,268,014 | OTHER EXPENSES | 98,622,400 |
| PREMIUM BALANCES | 1,034,797,655 | DIVIDENDS | 4,546,467 |
| REINSURANCE FUNDS HELD BY / DEPOSITED WITH REINSURERS | 6,101,455 | CURRENT FEDERAL AND FOREIGN INCOME TAXES | 3,197,172 |
| NET DEFERRED TAX ASSET | 234,396,203 | CEDED REINSURANCE NET PREMIUMS PAYABLE | 72,604,104 |
| RECEIVABLE FOR SECURITIES | 468,012 | AMOUNTS WITHHELD / RETAINED BY COMPANY FOR OTHERS | 29,495,156 |
| RECEIVABLE FROM PARENT, SUBSIDIARIES & AFFILIATES | 13,626,139 | REMITTANCES AND ITEMS NOT ALLOCATED | (3,056,835) |
| UNDISTRIBUTED PAYMENTS | 50,537,291 | PAYABLE FOR SECURITIES | 33,156,080 |
| EQUITIES AND DEPOSITS IN POOLS & ASSOCIATIONS | 25,016,166 | INTEREST DEPOSIT LIABILITY | 263,844,699 |
| STATE SURCHARGES RECEIVABLE | 4,240,307 | RETROACTIVE REINSURANCE RESERVE CEDED | (74,544,154) |
| OTHER ASSETS | 8,979,836 | OTHER ACCRUED EXPENSES AND LIABILITIES | 4,347,326 |
| | | TOTAL LIABILITIES | $ 9,900,242,744 |
| | | CAPITAL STOCK | $ 25,000,000 |
| | | PAID IN SURPLUS | 2,041,092,700 |
| | | OTHER SURPLUS | 2,370,107,291 |
| | | TOTAL SURPLUS TO POLICYHOLDERS | $ 4,436,199,991 |
| TOTAL ASSETS | $ 14,336,442,736 | TOTAL LIABILITIES & SURPLUS | $ 14,336,442,736 |

STATE OF CONNECTICUT    )
COUNTY OF HARTFORD    )SS.
CITY OF HARTFORD    )

LAWRENCE A. SIUTA, BEING DULY SWORN, SAYS THAT HE IS CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS, OF TRAVELERS CASUALTY AND SURETY COMPANY, AND THAT TO THE BEST OF HIS KNOWLEDGE AND BELIEF, THE FOREGOING IS A TRUE AND CORRECT STATEMENT OF THE FINANCIAL CONDITION OF SAID COMPANY AS OF THE 31st DAY OF DECEMBER, 2006.

_____
CHIEF FINANCIAL OFFICER - TRAVELERS BOND & FINANCIAL PRODUCTS

_____
NOTARY PUBLIC

SUBSCRIBED AND SWORN TO BEFORE ME THIS
29TH DAY OF MARCH, 2007

Anna P. Nowik Notary Public
My Commission Expires June 30, 2011



# CERTIFICATE OF SOLVENCY UNDER SECTION 1111 OF THE NEW YORK INSURANCE LAW

## STATE OF NEW YORK

## INSURANCE DEPARTMENT

It is hereby certified that

**TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA**
of Hartford, Connecticut

a corporation organized under the laws of the State of Connecticut, and duly authorized to transact the business of insurance in this State, is qualified to become surety or guarantor on all bonds, undertakings, recognizances, guaranties and other obligations required or permitted by law; and that the said corporation is possessed of a capital and surplus including gross paid-in and contributed surplus and unassigned funds (surplus) aggregating the sum of $1,127,900,751 (Capital $6,000,000) as is shown by its sworn financial statement for the year ended December 31, 2006 on file in this Department, prior to audit.

The said corporation cannot lawfully expose itself to loss on any one risk or hazard to an amount exceeding 10% of its surplus to policyholders, unless it shall be protected in excess of that amount in the manner provided in Section 4118 of the Insurance Law of this State.



In Witness Whereof, I have hereunto set my hand and affixed the official seal of this Department at the City of Albany, this 2nd day of May, 2007.

Eric R. Dinallo
Superintendent of Insurance

By
Salvatore Castiglione
Special Deputy Superintendent

http://www.ins.state.ny.us