Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B.,

                    Plaintiff,

  – against –

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF;
RICHARD A. LEFF; JOHN DOES 1–100,

                    Defendants.

---

Case No.: 07 cv 6865 (LTS)

**DECLARATION OF ERIC
WEINSTEIN IN SUPPORT OF THE
ORDER TO SHOW CAUSE FOR AN
ORDER OF ATTACHMENT AND
PRELIMINARY INJUNCTION WITH
TEMPORARY RESTRAINTS
AGAINST RACHEL LEFF**

     Eric Weinstein, pursuant to 28 U.S.C. § 1746, declares and states under penalty of perjury as follows:

     1.     I am a partner with the firm Feldman Weinstein & Smith LLP, attorneys for plaintiff IndyMac Bank, F.S.B. ("IndyMac"). I submit this declaration in support of IndyMac's *ex parte* application by order to show cause for an order of attachment, preliminary injunction with temporary restraints, and order allowing expedited discovery against Rachel Leff. A proposed order of attachment is annexed as Exhibit A.

     2.     At the hearing held before the Honorable Kimba M. Wood on August 7, 2007 (pursuant to the prior, August 6th order to show cause against all defendants), IndyMac agreed to forebear, in part, in its request for injunctive relief against defendants Rachel and Richard Leff. Afterwards, IndyMac took the deposition of Richard Leff and subpoenaed J.P. Morgan Chase for documents, some of which have been provided. As outlined below, IndyMac now believes there is ample support for the injunctive relief requested herein against Rachel Leff.

3.    The documents indicate that Rachel Leff is the sole signatory on an individual Chase account titled "Rachel M. Leff" no. *[REDACTED]* 5265 (the "5265 Account"). A copy of the signature card and application is annexed as Exhibit B.

4.    The monthly statements for the National Settlement Agency Escrow Funding Account show large-scale, online transfers from that account into Rachel Leff's 5265 Account, to wit: $400,000.00 on May 24, 2007; and $230,000.00 on June 22, 2007. The pages showing those transfers are annexed as Exhibit C.

5.    The monthly statements for the National Settlement Agency Lydian Funding Account show large-scale, online transfers into that account from Rachel Leff's 5265 Account, to wit: $398,390.00 on June 18 2007; $346,000.00 and another $116,000.00 on June 22, 2007; $18,340.35 and another $5,000.00 on June 25, 2007; and $40,000.00 on June 26, 2007. The pages showing those transfers are annexed as Exhibit D.

6.    The primary ground for attachment against Rachel Leff is that she resides out-of-state. (CPLR 6201(1); see accompanying memorandum of law). Although the Chase account statements for Rachel Leff's 5265 Account indicate that she resides at 15 Anvil Court, East Hampton, New York, that house appears not to have been her primary residence. According to Richard Leff, (i) the East Hampton house was a summer house, (ii) his brother and sister-in-law (Steven and Rachel Leff) lived in a rental apartment on East 82nd Street in Manhattan, but (iii) they are now involved in a divorce, (iv) Rachel moved to Florida, and (v) Steven is renting an apartment at Trump World Tower in Manhattan. Relevant pages from Richard Leff's deposition transcript are annexed as Exhibit E.

7.    Rachel Leff's attorney in the divorce proceeding, Lawrence Morrison, agreed to accept service of the summons and complaint in this action on his client's behalf. Although he

2

has not agreed to accept service of any subsequent orders, I respectfully request that the Court permit IndyMac to serve the Order to Show Cause through him, while making diligent efforts to serve Rachel Leff until she appears herself or through counsel.

8.    Notice of this application for a temporary restraining order has not been given to Rachel Leff because of IndyMac's belief that if such notice were given, she would take efforts to secrete and hide monies entrusted to National Settlement Agency, Inc. that may have been intermingled with her personal assets.

9.    IndyMac therefore respectfully requests that this court "so order" the accompanying Order to Show Cause setting a hearing date on IndyMac's application for an order of attachment and preliminary injunction with temporary restraints against Rachel Leff, with service of the papers upon her attorney, Lawrence Morrison.

Dated: New York, New York
     August 16, 2007

Eric Weinstein

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————

INDYMAC BANK, F.S.B.,                                                  :          Case No.: 07 cv 6865 (LTS)

                                              Plaintiff,                    :

          – against –                                                        :

                                                                                   :          **ORDER OF ATTACHMENT,**
NATIONAL   SETTLEMENT   AGENCY,   INC.; :                        **PRELIMINARY INJUNCTION,**
STEVEN  M.  LEFF;  RACHEL  M.  LEFF;                         **AND ORDER ALLOWING**
RICHARD A. LEFF; JOHN DOES 1–100,         :          **EXPEDITED DISCOVERY**

                                              Defendants.            :          **AS AGAINST RACHEL M. LEFF**

                                                                                   :

———————————————————————

          **UPON** plaintiff IndyMac Bank, F.S.B.'s Order to Show Cause dated August 16, 2007,

the Affidavit of Nicholas J. Nyland sworn to August 1, 2007, the Declaration of Eric Weinstein

dated August 16, 2007, and the Memorandum of Law dated August 16, 2007, and due

deliberation being had thereon;

          **AND** plaintiff having filed a Summons and Complaint on July 31, 2007 and the Order to

Show Cause having been filed on _____ requiring Rachel M. Leff to show cause

why the following orders should not be entered: (1) an order of attachment pursuant to Fed. R.

Civ. P. 64 and C.P.L.R. § 6201, (2) a preliminary injunction pursuant to Fed. R. Civ. P. 65; and

(3) an order allowing expedited discovery against Rachel M. Leff;

          **AND** plaintiff having filed an undertaking in the sum of $10,000 pursuant to the Order to

Show Cause dated August 6, 2007;

          **AND** Rachel M. Leff having been served on _____ with the Order to

Show Cause dated August 16, 2007, directing her to appear before this court on this day;

**AND** the plaintiff having appeared before this Court on _____ and Rachel M. Leff having _____;

**AND** the Court having determined, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6201(3) and 6212 that: (a) plaintiff has causes of action whereby it has demanded and would be entitled to a money judgment against Rachel M. Leff in the amount of $2,349,150.00, plus interest, costs, and disbursements, (b) it is probable that the plaintiff will succeed on the merits of its claims against Rachel M. Leff, (c) Rachel M. Leff with intent to defraud the plaintiff or frustrate the enforcement of a judgment that might be rendered in the plaintiff's favor, has assigned, disposed of, and secreted property, and is about to continue such acts, and (d) the amount demanded from Rachel M. Leff exceeds all counterclaims known to the plaintiff;

**IT IS HEREBY ORDERED THAT** the amount to be secured by this Order of Attachment shall be $2,349,150.00 plus the legal rate of interest thereon from June 13, 2007, costs, and United States Marshals Service's fees and expenses; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6210 & 6211(a), the United States Marshals Service of the Southern District of New York or of any district in the State of New York shall levy, at any time before final judgment, upon the assets of Rachel M. Leff situated in the State of New York, including but not limited to, any interest of Rachel M. Leff in personal or real property, any debt owed to Rachel M. Leff, or any investment accounts and investments, including commercial paper, which any third-party (including JP Morgan Chase) keeps in trust or possession for the benefit of Rachel M. Leff, Samuel (Sam or Sammy) Leff, or Ryan Leff, as will satisfy the above-stated amount to be secured by this Order of Attachment; and it is further

**ORDERED** that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6220, on or before

2

_____ Rachel M. Leff shall provide counsel for plaintiff a sworn affidavit enumerating in detail each and every bank account, investment account, investment, commercial paper, parcel of real property, motor vehicle, watercraft, or other personal property of $10,000 of value or more, whether held personally or in trust, and the location and garnishee of each; and it is further

**ORDERED** that, pending the final resolution of this action, or an Order of this Court directing otherwise, Rachel M. Leff, acting in her personal capacity or as custodian or trustee, and her garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on her behalf, are restrained and enjoined from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any of Rachel Leff's assets, or paying any debt owed by Rachel Leff, up to $2,349,150.00 plus interest, costs, disbursements, and fees, but excluding ordinary and usual living and business expenses; and it is further

**ORDERED** that the plaintiff may immediately begin taking discovery from Rachel M. Leff.

Dated: New York, New York

_____         SO ORDERED: _____
                                          United States District Judge

FELDMAN WEINSTEIN & SMITH LLP
Attorneys for Plaintiff IndyMac Bank, F.S.B.

By:     _____
        Eric Weinstein (EW 5423)
        Yong Hak Kim (Of Counsel)
        David J. Galalis (DG 1654)
        420 Lexington Avenue, Ste. 2620
        New York, NY 10170
        (212) 869-7000

3

**◯ CHASE**
JPMorgan Chase Bank, NA

# PERSONAL SIGNATURE CARD AND APPLICATION
## BRANCH COPY

| | | |
|---|---|---|
| **Account Title** (Accounts with multiple owners are joint, payable to either owner or the survivor.) | RACHEL M LEFF | **Primary Customer Information** |
| | 15 ANVIL CT EAST HAMPTON NY 11937-6401 | Employer FASHION STYLIST Home Ph (516)798-0907 Bus Ph  (212)605-0475 |
| **Account #** REDACTED 52·65 | | |
| **Account Type** | SELECT CHECKING W/INTEREST | Maiden Name KARIVIA |
| **Account Arr** | INDIVIDUAL | Birth Date  1973  SS#/TIN  6292 |
| **SS#/TIN** REDACTED 6292 | | |
| **Date Opened** | 09/14/2005 | |
| **Opened By** | JARETT J ELION | |
| **Deposit Amt** | $   0.10 | |
| **IMAGED CHECKS** | | |

### This Account Is Not Transferable

Please activate Check Coverage for the account listed above. I/we authorize you to integrate and use as the 'Protecting Account(s)' the account(s) identified above on this application. I/we agree to the terms and conditions as contained in the Deposit Account Agreement and Disclosures.

I/we agree that I/we have reviewed the information contained in this Personal Signature Card and Application and find it accurate on this date. In the payment of funds and in the transaction of all other business relative to this account, I/we agree that you are authorized to rely upon the signature(s) written below and on the reverse side. I/we have received and agree to the terms and conditions of the Deposit Account Agreement and Disclosures currently in effect and as may be amended for the type of account and services I/we selected above. If I/we do not have a Chase Banking Card, I/we will be issued one/two and all eligible accounts will be linked to it/them  These linked accounts, whether singly or jointly owned, can be accessed by the Chase Banking Card or by telephone. During the review of my/our application, you may obtain a consumer report on me/us and if the application is approved, you may at any time in the future obtain additional consumer reports to review my/our account. I/we have the right to ask for the name and address of the consumer reporting agency which gave the consumer report.

| Primary Applicant Signature | Joint Applicant Signature |
|---|---|
| X  *Rachel M Leff* | X |

### W9 Certification

By signing below. I certify under penalties of perjury that: (1) The number shown on this form is my correct taxpayer identification number  and (2) I am not subject to backup withholding because (a) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (b) the IRS has notified me that I am no longer subject to backup withholding; and. (3) I am a U.S. person (including a U.S. resident alien).

[ ] Check here if you are subject to backup withholding for failure to report interest or dividends.
[ ] Check here if you are not a U.S person (or a U.S. resident alien), and complete the appropriate Form W-8.

| Primary Applicant Signature | Joint Applicant Signature |
|---|---|
| X  *Rachel M Leff* | X |

**Check Imaging or No Checks With Statement:** I/We authorize you not to return paid checks with my/our account statements. If I/we selected the Check Imaging option, I/we agree to receive images (front only) of my/our paid checks. I/We agree that the account statement will contain information about each check paid, including check number  dollar amount and date paid, thereby enabling a proper reconciliation of the account. Upon request, photocopies of checks will be provided.  You will not retain original checks.

| Primary Applicant Signature | Joint Applicant Signature |
|---|---|
| X  *Rachel M Leff* | X |

BRANCH COPY-Retain card in branch for one year after account closes. Then send to Pawling for additional retention of five years.



**POWER OF ATTORNEY INFORMATION**

DATE POWER OF ATTORNEY RECEIVED

POWER OF ATTORNEY NAME

POWER OF ATTORNEY SIGNATURE
X

ADDRESS (Street and Number)

CITY                                    STATE                       ZIP CODE

**BENEFICIARY INFORMATION**

**ADDITIONAL ACCOUNT SIGNERS** (For Estate and Trust accounts, as needed)  Line out unused Signature boxes

| PRINT NAME | TITLE | SIGNATURE |
|---|---|---|
| | | X |
| | | X |
| | | X |

**VERIFICATION**

| | | | | | | |
|---|---|---|---|---|---|---|
| Primary ID-1:OT | ID#: EXISTING | | | St: | Iss: | Exp: |
| ID-2:OT | ID#: 5113860081559631965 | | | St: | Iss: | Exp: |
| ChexSystems:Existing | Code: SSN-ST· YR. | | | | | |
| TU.Existing  CDE:  FPH. | | 458 605827901 | 10/11/00 | | | |
| Joint   ID-1 | ID#: | | | St: | Iss: | Exp: |
| ID-2: | ID#: | | | St: | Iss: | Exp: |
| ChexSystems: | Code: SSN-ST· YR. | | | | | |
| TU    CDE. FPH. | | | | | | |

**NOTARY INFORMATION (For Worldwide Consumer Bank)**

STATE OF _____ COUNTY OF _____
SS. _____

On the _____ day of _____ before me personally came

to me known, and known to me to be the individual described in, and who executed the foregoing instrument,
and    he    acknowledged to me that    he    executed the same.

THE ABOVE INFORMATION AND (NO.) _0_ SIGNATURE(S) (POA AND  ADDITIONAL SIGNERS) WERE VERIFIED BY:
Print Name: _____          Initials _____          Dept. No./Br. No. _____
03-9415 (Stock Order #)                                          FORM 103.DOC – 66

**EXHIBIT C**

May  1, 2007 - May 31, 2007
**Page 7 of 10**

Primary Account Number  904-613917

**NATIONAL SETTLEMENT AGENCY INC**
**ESCROW FUNDING ACCOUNT**

904-613917
(continued)

NATIONAL SETTLEMENT AGENCY INC
ESCROW FUNDING ACCOUNT

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | CHK#    66157 AMT    32,671.47 CHK DATE 05/16/07 | |
| | 05/17 | Online Transfer To XXXXXXXX7765 | $8,000.00 |
| | 05/17 | Fedwire Debit | $32,676.01 |
| | 05/17 | Online Transfer To XXXXXXXX3065 | $46,857.23 |
| | 05/17 | Online Transfer To XXXXX4702 | $150,000.00 |
| | 05/18 | Stop Placed Stop Placed CHK#    66148 AMT  1,063,404.88 CHK DATE 05/16/07 | |
| | 05/21 | Stop Removed STOP REMOVED. CHK#    64093 AMT    155,865.00 CHK DATE 11/20/06 | |
| | 05/22 | Stop Placed Stop Placed CHK#    65960 AMT    35,994.84 CHK DATE 05/07/07 | |
| | 05/22 | Fedwire Debit | $35,994.84 |
| | 05/22 | Aip Overnight Investment AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. CPSWP052207 . | $43,335.00 |
| | 05/23 | Stop Placed Stop Placed CHK#    66115 AMT    82,196.93 CHK DATE 05/15/07 | |
| | 05/23 | Online Transfer To XXXXXXXX3065 | $4,000.00 |
| | 05/23 | Aip Overnight Investment AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. CPSWP052307 . | $24,370.00 |
| | 05/23 | Online Transfer To XXXXXXXX3065 | $41,234.88 |
| | 05/23 | CHIPS Debit | $82,196.93 |
| | 05/23 | Fedwire Debit | $608,455.52 |
| | 05/24 | Electronic Funds Transfer ORIG CO NAME:GREENPOINT MORTG ORIG ID:1943179980 DESC DATE:070524 CO ENTRY DESCR:MORTG PMT SEC:TEL TRACE#:021000025441695 EED:070524 IND ID:145586913 IND NAME:RYAN VILLANTE, CAROL 1620000480    GAPA1 | $3,561.48 |
| | 05/24 | Online Transfer To XXXXX4702 | $90,000.00 |
| | 05/24 | Fedwire Debit | $142,451.49 |
| | 05/24 | Online Transfer To XXXXXXXX5265 | $400,000.00 |
| | 05/24 | Fedwire Debit | $726,934.24 |
| | 05/26 | Stop Placed Stop Placed CHK#    65820 AMT    47,751.00 CHK DATE 04/20/07 | |
| | 05/25 | Stop Placed Stop Placed CHK#    65822 AMT    11,395.00 | |

June 1, 2007 - June 29, 2007
**Page 6 of 10**

Primary Account Number 904-613917

**NATIONAL SETTLEMENT AGENCY INC**
**ESCROW FUNDING ACCOUNT**

904-613917
(continued)

NATIONAL SETTLEMENT AGENCY INC
ESCROW FUNDING ACCOUNT

| Withdrawals and Debits | Date | Description | Amount |
|---|---|---|---|
| | | CHK# 66003 AMT 368,031.82 | |
| | | CHK DATE 05/03/07 | |
| | 06/15 | Stop Placed | |
| | | Stop Placed | |
| | | CHK# 66066 AMT 3,912.50 | |
| | | CHK DATE 05/11/07 | |
| | 06/15 | Stop Placed | |
| | | Stop Placed | |
| | | CHK# 66254 AMT 106,747.59 | |
| | | CHK DATE 06/04/07 | |
| | 06/15 | Account Analysis Settlement Charge | $1,420.09 |
| | | ACCOUNT ANALYSIS SETTLEMENT CHARGE | |
| | 06/15 | Electronic Funds Transfer | $13,468.26 |
| | | ORIG CO NAME:ABN AMRO | |
| | | ORIG ID:1943179980 DESC DATE:070615 | |
| | | CO ENTRY DESCR:MORTG PMT SEC:TEL | |
| | | TRACE#:021000024065012 EED:070615 | |
| | | IND ID:146130155 | |
| | | IND NAME:YASGUR, JOEL | |
| | | 1620000330 GAPA1 | |
| | 06/18 | Stop Removed | |
| | | STOP REMOVED | |
| | | CHK# 64520 AMT 480,084.17 | |
| | | CHK DATE 12/18/06 | |
| | 06/18 | Stop Removed | |
| | | STOP REMOVED | |
| | | CHK# 64541 AMT 22,169.90 | |
| | | CHK DATE 12/18/06 | |
| | 06/18 | Stop Placed | |
| | | Stop Placed | |
| | | CHK# 66354 AMT 398,390.00 | |
| | | CHK DATE 06/14/07 | |
| | 06/19 | Electronic Funds Transfer | $8.00 |
| | | ORIG CO NAME:AMC Mortgage Ser | |
| | | ORIG ID:2223874234 DESC DATE:070618 | |
| | | CO ENTRY DESCR:MORTGAGE SEC:TEL | |
| | | TRACE#:021000028726613 EED:070619 | |
| | | IND ID:0123765927 | |
| | | IND NAME:JOHN J FAUGHEY | |
| | | SPEEDPAY | |
| | 06/19 | Electronic Funds Transfer | $4,383.29 |
| | | ORIG CO NAME:AMC Mortgage Ser | |
| | | ORIG ID:4223874234 DESC DATE:070618 | |
| | | CO ENTRY DESCR:MORTGAGE SEC:TEL | |
| | | TRACE#:021000028726611 EED:070619 | |
| | | IND ID:0123765927 | |
| | | IND NAME:JOHN J FAUGHEY | |
| | | SPEEDPAY | |
| | 06/21 | Stop Placed | |
| | | Stop Placed | |
| | | CHK# 66262 AMT 238,825.28 | |
| | | CHK DATE 06/06/07 | |
| | 06/22 | Stop Placed | |
| | | Stop Placed | |
| | | CHK# 66349 AMT 8,780.72 | |
| | | CHK DATE 06/15/07 | |
| | 06/22 | Fedwire Debit | $8,780.72 |
| | 06/22 | Online Transfer To | $230,000.00 |
| | | XXXXXX5265 | |
| | 06/25 | Stop Removed | |
| | | STOP REMOVED | |

**EXHIBIT D**

**CHASE ⬡**

June 01, 2007 through June 29, 2007
Primary Account: 000000740084702

| DEPOSITS AND ADDITIONS | *(continued)* | |
|---|---|---|

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/11 | Online Transfer From Xxxxx3917 Transaction #:71389000 | 65,000.00 |
| 06/12 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Moussa Loan#=Em070403016 Ref#=125518 Order#=FT125518 Bbi/Time/16:05 Imad: 0612E6B7011C000245 Tm: 0638907163Ff | 413,764.63 |
| 06/12 | Online Transfer From  Chk Xxxxx4702 Transaction#: 71551958 | 464,000.00 |
| 06/12 | Online Transfer From  Chk Xxxxx4702 Transaction#: 71514216 | 295,589.93 |
| 06/14 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Costa Loan#=Em070120030 Ref#=R71757-R07 Order#=4587-2007 Bbi/Time/16:14 Imad: 0614E6B7011C000235 Tm: 0600013165Ff | 267,962.57 |
| 06/14 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Garcia Loan#=Em070321087 Ref#=Sgny-5166 Order#=Sgny-5166 Bbi/Time/15:44 Imad: 0614E6B7011C000205 Tm: 0577508165Ff | 150,556.10 |
| 06/14 | Deposit      2273739 | 105,391.64 |
| 06/18 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Michniewicz Loan#=Em070420074 Ref#=Em070420074 Order#=3050-193656 Bbi/Time/13:46 Imad: 0618E6B7011C000206 Tm: 0400308169Ff | 143,046.31 |
| 06/18 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 72549476 | 398,390.00 |
| 06/20 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Boronow Loan#=Em070417088 Ref#=Br29564S Order#=Br29564S Bbi/Time/12:07 Imad: 0620E6B7011C000148 Tm: 0347308171Ff | 856,591.29 |
| 06/20 | Online Transfer From  Chk Xxxxx4702 Transaction#: 72784768 | 5,500.00 |
| 06/21 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Srbulj Loan#=Em070522091 Ref#=80-1793 Order#=80-00005994 Bbi/Time/12:54 Imad: 0621E6B7011C000172 Tm: 0319313172Ff | 355,547.34 |
| 06/21 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Stoliarov Loan#=Em070307052 Ref#=Stoliarov Order#=828251 Bbi/Time/12:54 Imad: 0621E6B7011C000168 Tm: 0325408172Ff | 88,616.26 |
| 06/22 | Deposit      113 | 100.00 |
| 06/22 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73170693 | 346,000.00 |
| 06/22 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73160367 | 116,000.00 |
| 06/22 | Online Transfer From  Chk Xxxxx4702 Transaction#: 73095331 | 21,000.00 |
| 06/25 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Tynan Loan#=Em070326084 Ref#=Tynan Order#=At07-9084W Bbi/Time/15:02 Imad: 0625E6B7011C000261 Tm: 0564413176Ff | 401,000.00 |
| 06/25 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Tynan Loan#=Em070326078 Ref#=Tynan Order#=At07-9084W Bbi/Time/15:02 Imad: 0625E6B7011C000260 Tm: 0572507176Ff | 392,119.65 |





June 01, 2007 through June 29, 2007
Primary Account: 000000740084702

## DEPOSITS AND ADDITIONS *(continued)*

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 06/25 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73531580 | 18,340.35 |
| 06/25 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73423347 | 5,000.00 |
| 06/26 | Fed Wire Credit Via: Indymac Bank,F.S.B./322270288 B/O: Mortgage Bank Funding Account Pasadena, CA 91101 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Indymac Bk F Obi=Order # Cedric Holder Bbi=/Imad: 0626L1Ljb39C001461 Tm: 0630314177Fi | 562,657.58 |
| 06/26 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Zebedee Loan#=Em070516012 Ref#=Zebedee Order#=Zebedee Bbi=/Time/12:34 Imad: 0626E6B7011C000144 Tm: 0282603177Fi | 147,218.29 |
| 06/26 | Online Transfer From  Chk Xxxxxxx5265 Transaction#: 73582146 | 40,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxxxx3065 Transaction#: 73788996 | 407,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxx4702 Transaction#: 73835262 | 146,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxxxx3065 Transaction#: 73737759 | 40,000.00 |
| 06/27 | Online Transfer From  Chk Xxxxxxx3065 Transaction#: 73767663 | 35,000.00 |
| 06/27 | Online Transfer From Xxxxx3917 Transaction #:73880742 | 21,345.56 |
| 06/29 | Fed Wire Credit Via: Lasalle Bank Midwest N.A./072000805 B/O: Aamg Originations Funding Troy MI 48084 3323 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=2337674380 Obi=If Loan ID 656325310 Emmanuel Ochimad: 0629G1B7781C005650 Tm: 0502902180Fi | 347,249.74 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Buonato Loan#=2005400057 User=Vmanno Bbi=/Time/11:03 Imad: 0629E6B7011C000124 Tm: 0327702180Fi | 215,855.49 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Keenan Loan#=Em070507134 Ref#=Keenan Order#=FTI C-21225 Bbi=/Time/15:25 Imad: 0629E6B7011C000286 Tm: 0859709180Fi | 137,967.07 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Solyn Loan#=Em070530115 Ref#=M07-0076 Order#=M07-0076 Bbi=/Time/16:54 Imad: 0629E6B7011C000340 Tm: 1070103180Fi | 69,550.03 |
| 06/29 | Fed Wire Credit Via: E Trade Bank/256072691 Ref: Chase Nyc/Ctr/Bnf=National Settlement Agency Inc New York NY 10016/Ac-000009870967 Rfb=O/B Etrade Bank Obi=Borrower=Solyn Loan#=Em070611105 Ref#=M07-0076 Order#=M07-0076 Bbi=/Time/16:54 Imad: 0629E6B7011C000341 Tm: 1036513180Fi | 13,275.00 |
| 06/29 | Online Transfer From Xxxxx3917 Transaction #:74208700 | 100,000.00 |
| **Total Deposits and Additions** | | **$8,871,149.45** |

**EXHIBIT E**

Page 1

11:02:30

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

INDYMAC BANK, F.S.B.,

     Plaintiff,



          Civil Action No.

  -against-    07 CV 6865(LTS)

NATIONAL SETTLEMENT AGENCY, INC.;

STEVEN M. LEFF; RACHEL M. LEFF;

RICHARD A. LEFF, JOHN DOES 1-100,

      Defendants.

------------------------------------x

      August 9, 2007

      10:45 a.m.

   Deposition of RICHARD A. LEFF, taken by

Plaintiff, pursuant to Agreement, at the offices

of Feldman Weinstein & Smith, LLP, 420 Lexington

Avenue, New York, New York, before William

Visconti, a Shorthand Reporter and Notary Public

within and for the State of New York.

Page 2

```
 1
 2   A P P E A R A N C E S:
 3        FELDMAN WEINSTEIN & SMITH, LLP
          Attorneys for Plaintiff
 4             420 Lexington Avenue
               New York, New York  10170-0002
 5
     BY:    ERIC WEINSTEIN, ESQ.
 6          YONK HAK KIM, ESQ.
            DAVID J. GALALIS, ESQ.
 7
 8
          MICHAEL L. SOSHNICK, ESQ.
 9        Attorneys for The Witness
               190 Willis Avenue
10             Mineola, New York  11501
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 33

|  | 1 | RICHARD A. LEFF |
|---|---|---|
| 1:37:40 | 2 | A.    No. |
| 1:37:42 | 3 | Q.    Did he? |
| 1:37:42 | 4 | A.    He is in the process of getting a |

RICHARD A. LEFF

1:37:40  2   A.  No.

1:37:42  3   Q.  Did he?

1:37:42  4   A.  He is in the process of getting a

1:37:46  5 divorce, so I believe she is down in Florida.

1:37:50  6   Q.  The East Hampton house, was that sort

1:37:50  7 of a weekend summer house?

1:37:54  8   A.  They were there mostly in the summer,

1:37:56  9 yes.  She would live out there in the summer.

1:37:58  10   Q.  When they were together they lived in

1:38:04  11 the Trump World Tower apartment?

1:38:06  12   A.  They lived on 82nd Street.  I think

1:38:08  13 they rented an apartment and they were living

1:38:16  14 there for years and he got the Trump World Tower

1:38:18  15 after she left to Florida and he moved in there.

1:38:22  16   Q.  When did she leave for Florida?

1:38:26  17   A.  Approximately six, seven months ago.

1:38:30  18   MR. SOSHNICK:   Off the record.

19   (Discussion off the record.)

1:38:50  20   Q.  Have you talked with Rachel Leff

1:38:54  21 about the reasons for her moving to Florida?

1:38:54  22   A.  No.

1:38:56  23   Q.  When was the last time that you spoke

1:38:58  24 with her?

1:39:08  25   A.  It had to be over six, seven months

Page 34

1                           RICHARD A. LEFF

1:39:08  2   ago.

1:39:12  3           Q.     Did you speak with Steven Leff about

1:39:14  4   the reason for Rachel Leff moving to Florida a

1:39:16  5   few months ago?

6           A.     Yes.

1:39:18  7           Q.     What did he tell you?

1:39:20  8           A.     That she moved out, just left every

1:39:22  9   one.

1:39:24 10           Q.     Did he say it had anything to do with

1:39:24 11   the business?

1:39:26 12           A.     No.

1:39:26 13           Q.     Or business that he was running?

1:39:26 14           A.     No.

1:39:42 15           Q.     Does he live with anybody else at

16   this time?

1:39:44 17           A.     His two kids.

1:39:46 18           Q.     What are their names?

1:39:52 19           A.     Sammy is 10 and Ryan is 7.

1:39:54 20           Q.     Sammy and Ryan are boys?

1:39:54 21           A.     Yes, boys.

1:39:56 22                  MR. WEINSTEIN:    Off the record.

23                  (Discussion off the record.)

1:40:06 24           Q.     Do you have any other siblings

1:40:10 25   besides Steven Leff?

Page 58

1                    RICHARD A. LEFF

2:19:36  2        A.    I don't know.

2:19:36  3        Q.    You don't know?

.2:19:36  4        A.    I don't know that.

.2:19:38  5        Q.    Did you speak with her about her

.2:19:40  6    conversations or meetings with Steven?

2:19:40  7        A.    Never.

12:20:06  8        Q.    So, other than the 15 Annville Court

12:20:12  9    home in East Hampton, do you know whether Steven

12:20:16  10   or Rachel Leff owns other properties?

12:20:18  11       A.    I do show she is living down in

12:20:24  12   Florida right now, I believe in the Adventura

12:20:28  13   area at a place called Ocean Terrace.  I don't

12:20:30  14   know if she owns or rents.

12:20:34  15       Q.    Does Steven own any cars?

12:20:36  16       A.    He has a black suburban.

12:20:38  17       Q.    That he owns or leases?

12:20:46  18       A.    I think he owns and there was a white

12:20:54  19   four door Mercedes AMG which I think Rachel has.

12:20:56  20       Q.    What about a boat?

12:20:58  21       A.    He had two jet skis last year and he

12:21:04  22   sold the jet skis and got a motorcycle.

12:21:06  23       Q.    As far as you know he still has the

12:21:06  24   motorcycle?

12:21:06  25       A.    Yes.