Exhibit F

FOR INFORMATIONAL PURPOSES ONLY
Copyright 2007 LexisNexis
a division of Reed Elsevier Inc. All Rights Reserved

**Important:** The Public Records and commercially available data sources used on reports have errors. Data is sometimes entered poorly, processed incorrectly and is generally not free from defect. This system should not be relied upon as definitively accurate. Before relying on any data this system supplies, it should be independently verified. For Secretary of State documents, the following data is for information purposes only and is not an official record. Certified copies may be obtained from that individual state's Department of State.

Your DPPA Permissible Use is: 1. Litigation
Your GLBA Permissible Use is: 1. Fraud Prevention or Detection

| Name Variations/DBAs (4) | Telephone #s (5) | Addresses (6) | Profile Info (8) |
| Bankruptcies (0) | Judgments & Liens (4) | Real Property (0) | Other Property (0) |
| Licenses (1) | Associated Entities (8) | Sources (51) | UCC Liens (6) |

| Name | Address | Phone | County/FIPS | Actions |
|---|---|---|---|---|
| NATIONAL SETTLEMENT AGENCY | 404 PARK AVE NEW YORK, NY 10016-8404 | 212-457-8181 | County/FIPS: NEW YORK | |

## Name Variation(s)/DBA(s)                               View Name Variation Sources.

| # | Name Variations | Actions |
|---|---|---|
| 1. | NATIONAL SETTLEMENT AGENCY | |
| 2. | NATIONAL SETTLEMENT AGENCY, INC. | |
| 3. | NETWORK NATIONAL SETTLEMENT CORP. | |
| 4. | NETWORK TITLE AGENCY CORP. | |

## Telephone(s)                                           View Phone Variation Sources.

| # | Telephone Number | Actions |
|---|---|---|
| 1. | 212-457-8181 | |
| 2. | 212-605-0111 | |
| 3. | 212-605-0475 | |
| 4. | 212-686-7757 | |
| 5. | 457-8181 | |

## Address Variation(s)                                   View Address Variations Sources.

| # | Address | County | MSA |
|---|---|---|---|
| 1. | 404 PARK AVE NEW YORK, NY 10016 | NEW YORK | New York, NY - 5600 |
| 2. | 404 PARK AVE 5 NEW YORK, NY 10016 | NEW YORK | New York, NY - 5600 |
| 3. | 575 MADISON AVE NEW YORK, NY 10022 | NEW YORK | New York, NY - 5600 |
| 4. | 575 MADISON AVE 10 NEW YORK, NY 10022 | NEW YORK | New York, NY - 5600 |
| 5. | 575 MADISON AVE 1006 NEW YORK, NY 10022 | NEW YORK | New York, NY - 5600 |
| 6. | 350 THEODORE FREMD AVE RYE, NY 10580 | WESTCHESTER | New York, NY - 5600 |

**Profile Information**                                   View Profile Sources.

**1 : NATIONAL SETTLEMENT AGENCY, INC.**

| | |
|---|---|
| Company Name: | NATIONAL SETTLEMENT AGENCY, INC. |
| State of Incorporation: | NY |
| Charter Number: | 2244913 |
| Status Of Incorporation: | INACTIVE |
| Corporation Structure: | DOMESTIC BUSINESS |

**2 : NETWORK NATIONAL SETTLEMENT CORP.**

| | |
|---|---|
| Company Name: | NETWORK NATIONAL SETTLEMENT CORP. |
| State of Incorporation: | NY |
| Charter Number: | 1991281 |
| Status Of Incorporation: | INACTIVE |
| Corporation Structure: | DOMESTIC BUSINESS |

**3 : NETWORK TITLE AGENCY CORP.**

| | |
|---|---|
| Company Name: | NETWORK TITLE AGENCY CORP. |
| Date of Incorporation: | 01/18/1996 |
| State of Incorporation: | NY |
| Charter Number: | 1991281 |
| Status Of Incorporation: | ACTIVE |
| Corporation Structure: | DOMESTIC BUSINESS |

## Executive(s)

| # | Name | Titles |
|---|---|---|
| 1. | DOWLING, B | OWNER |
| 2. | LEFF, STEVEN | PRESIDENT |
| 3. | LEFF, RACHEL M | CHAIRMAN OR CHIEF EXECUTIVE OFFICER |

## Industry Information

**Industry Numbers**

| | |
|---|---|
| SIC Codes | 6531 REAL ESTATE AGENTS AND MANAGERS |
| | 8611 BUSINESS ASSOCIATIONS |
| | 8641 CIVIC & SOCIAL ASSOCIATIONS |
| | 8699 MEMBERSHIP ORGANIZATIONS, NEC |

## Company ID Numbers                                 View Company ID Sources.

**Company ID Numbers:**

| | |
|---|---|
| State ID(s): | NY, 1991281 |
| | NY, 2244913 |

## Judgment and Lien Information              View Judgment and Lien Sources.

**1: OH**

**Debtor Information**

| | |
|---|---|
| Original Name: | NATIONAL SETTLEMENT AGENCY |
| Address: | 575 MADISON AVE FL 10, NEW YORK, NY 10022-8511 36061 COUNTY |

**Debtor**

| | |
|---|---|
| Company Name: | NATIONAL SETTLEMENT AGENCY Get Report |

**Creditor Information**

| | |
|---|---|
| Name: | DOCX |

**Case Information**

| | |
|---|---|
| Jurisdiction: | OH |
| Amount: | $34870 |

**Type:** CIVIL JUDGMENT
**Original Filing Date:** 07/24/2000

**2: NY**

### Debtor Information
**Original Name:** NATIONAL SETTLEMENT AGENCY INC
**Address:** 404 PARK AVE S FL 5, NEW YORK, NY 10016-8412 36061 COUNTY

### Debtor
**Company Name:** NATIONAL SETTLEMENT AGENCY INC Get Report

### Case Information
**Jurisdiction:** NY
**Amount:** $175563.27
**Original Filing Type:** FEDERAL LIEN
**Filing Date:** 02/27/2006

**3: NY**

### Debtor Information
**Original Name:** NATIONAL SETTLEMENT AGENCY, INC.
**Address:** 575 MADISON AVE , NEW YORK, NY 10022-2511 36061 COUNTY

### Debtor
**Company Name:** NATIONAL SETTLEMENT AGENCY, INC. Get Report

### Creditor Information
**Name:** DOCX, LLC
**Address:** 20 S LIMESTONE ST STE 220, SPRINGFIELD, OH 45502-1251 39023 COUNTY

### Case Information
**Jurisdiction:** NY
**Amount:** $40345.77
**Type:** JUDGMENTS DOCKET
**Original Filing Date:** 05/10/2001
**Original Filing Number:** 603950/00
**Original Filing Type:** JUDGMENT
**Judge Satisfied Date:** 06/10/2004

**4:**

### Debtor Information
**Original Name:** NATIONAL SETTLEMENT AGENCY INC
**Address:** 575 MADISON AVE , NEW YORK, NY 10022-2511 36061 COUNTY

### Debtor
**Company Name:** NATIONAL SETTLEMENT AGENCY INC Get Report

### Creditor Information
**Name:** DOCX LLC

### Case Information
**Amount:** $40345
**Type:** JUDGMENT
**Original Filing Date:** 05/10/2001
**Filing Date:** 06/10/2004
**Case Number:** 001408618

## UCC Lien Information

**1:NY UCC Record**
**Debtor Information**
**Name:** NATIONAL SETTLEMENT AGENCY INC
**Address:** 404 PARK AVE S FL 5

NEW YORK, NY 10016-8412

**Secured Party Information**
- **Name:** MARLIN LEASING CORP
- **Address:** 300 FELLOWSHIP RD
  MOUNT LAUREL, NJ 08054-1201

**Filing Information**
- **Original Filing Number:** 0601185056081
- **Original Filing Date:** 1/18/2006
- **Filing Number:** 0601185056081
- **Filing Type:** INITIAL FILING
- **Filing Date:** 1/18/2006
- **Expiration Date:** 1/18/2006

**Filing Offices**
- **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
- **Address:** 162 WASHINGTON AVE
  ALBANY, NY 12210

**Collateral Information**
- **Description:** ACCOUNT(S) AND PROCEEDS;BUSINESS MACHINERY/EQUIPMENT LEASED AND PROCEEDS

## 2:NY UCC Record

**Debtor Information**
- **Name:** NATIONAL SETTLEMENT AGENCY, INC.
- **Address:** 404 PARK AVE S FL 5
  NEW YORK, NY 10016-8412

**Secured Party Information**
- **Name:** DELL FINANCIAL SERVICES, L.P.
- **Address:** 12234 N I H 35 BLDG B
  AUSTIN, TX 78753-1705

**Filing Information**
- **Original Filing Number:** 0507115619322
- **Original Filing Date:** 7/11/2005
- **Filing Number:** 0507115619322
- **Filing Type:** INITIAL FILING
- **Filing Date:** 7/11/2005
- **Expiration Date:** 7/11/2005

**Filing Offices**
- **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
- **Address:** 162 WASHINGTON AVE
  ALBANY, NY 12210

**Collateral Information**
- **Description:** COMPUTER EQUIPMENT LEASED AND PROCEEDS

## 3:NY UCC Record

**Debtor Information**
- **Name:** NATIONAL SETTLEMENT AGENCY, INC.
- **Address:** 404 PARK AVE S FL 5
  NEW YORK, NY 10016-8412

**Secured Party Information**
- **Name:** DELL FINANCIAL SERVICES, L.P.
- **Address:** 12234 N I H 35 BLDG B
  AUSTIN, TX 78753-1705

**Filing Information**
- **Original Filing Number:** 0506085513367
- **Original Filing Date:** 6/8/2005
- **Filing Number:** 0506085513367

       **Filing Type:** INITIAL FILING
       **Filing Date:** 6/8/2005
    **Expiration Date:** 6/8/2005

**Filing Offices**
       **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
       **Address:** 162 WASHINGTON AVE
       ALBANY, NY 12210

**Collateral Information**
       **Description:** COMPUTER EQUIPMENT LEASED AND PROCEEDS

### 4: NY UCC Record

**Debtor Information**
       **Name:** NATIONAL SETTLEMENT AGENCY INC
       **Address:** 404 PARK AVE S FL 5
       NEW YORK, NY 10016-8412

**Secured Party Information**
       **Name:** MARLIN LEASING CORP.
       **Address:** 124 GAITHER DR STE 170
       MOUNT LAUREL, NJ 08054-1719

**Filing Information**
  **Original Filing Number:** 0503175227729
    **Original Filing Date:** 3/17/2005
       **Filing Number:** 0503175227729
       **Filing Type:** INITIAL FILING
       **Filing Date:** 3/17/2005
    **Expiration Date:** 3/17/2005
      **Contract Type:** LEASE

**Filing Offices**
       **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
       **Address:** 162 WASHINGTON AVE
       ALBANY, NY 12210

**Collateral Information**
       **Description:** ACCOUNT(S) AND PROCEEDS; COMPUTER EQUIPMENT LEASED AND PROCEEDS
      **Serial Number:** A3004674

### 5: NY UCC Record

**Debtor Information**
       **Name:** NATIONAL SETTLEMENT AGENCY, INC.
       **Address:** 404 PARK AVE S FL 5
       NEW YORK, NY 10016-8412

**Secured Party Information**
       **Name:** DELL FINANCIAL SERVICES, L.P.
       **Address:** 12234 N I H 35 BLDG B
       AUSTIN, TX 78753-1705

**Filing Information**
  **Original Filing Number:** 0407155591722
    **Original Filing Date:** 7/15/2004
       **Filing Number:** 0407155591722
       **Filing Type:** INITIAL FILING
       **Filing Date:** 7/15/2004
    **Expiration Date:** 7/15/2004

**Filing Offices**
       **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
       **Address:** 162 WASHINGTON AVE
       ALBANY, NY 12210

**Collateral Information**
    **Description:** COMPUTER EQUIPMENT LEASED AND PROCEEDS

**6:NY UCC Record**
**Debtor Information**
    **Name:** NATIONAL SETTLEMENT AGENCY INC
    **Address:** 575 MADISON AVE
    NEW YORK, NY 10022-2511

**Secured Party Information**
    **Name:** GRAYBAR FINANCIAL SERVICES LLC
    **Address:** PO BOX 1638
    LIVINGSTON, NJ 07039-7238

**Filing Information**
    **Original Filing Number:** 02116032
    **Original Filing Date:** 5/17/2002
    **Filing Number:** 02116032
    **Filing Type:** INITIAL FILING
    **Filing Date:** 5/17/2002

**Filing Offices**
    **Filing Agency:** SECRETARY OF STATE/UCC DIVISION
    **Address:** 162 WASHINGTON AVE
    ALBANY, NY 12210

**Collateral Information**
    **Description:** EQUIPMENT LEASED INCLUDING PROCEEDS AND PRODUCTS;BUSINESS MACHINERY/EQUIPMENT LEASED INCLUDING PROCEEDS AND PRODUCTS;COMPUTER EQUIPMENT LEASED INCLUDING PROCEEDS AND PRODUCTS;COMMUNICATIONS EQUIPMENT LEASED INCLUDING PROCEEDS AND PRODUCTS

## Professional Licenses
View Professional License Sources.

**1 : NY Professional License**
    **State:** NY
    **Profession/Board:** ATTORNEYS
    **License Type:** ATTORNEY
    **License Number:** 4173100
    **Name:** ARCHANA SIVADASAN
    **Company Name:** NATIONAL SETTLEMENT AGENCY

## Business Entities

| # | Name | Address |
|---|---|---|
| 1. | GRAYBAR FINANCIAL SERVICES LLC | PO BOX 1638<br>LIVINGSTON, NJ 07039-7238 |
| 2. | MARLIN LEASING CORP | 300 FELLOWSHIP RD<br>MOUNT LAUREL, NJ 08054-1201 |

## Person Associates
View Person Associate Sources.

| # | Name | Address |
|---|---|---|
| 1. | DOWLING, B | 404 PARK AVE<br>NEW YORK, NY 10016-8404 |
| 2. | LEFF, RACHEL M | 575 MADISON AVE FL 10<br>NEW YORK, NY 10022-8511 |
| 3. | LEFF, STEVEN | 404 PARK AVE<br>NEW YORK, NY 10016-8404 |
| 4. | RODRIGO, SEGURA | 2805 SANDAGE AVE |

Business Report

5. SIVADASAN, ARCHANA

6. STEVEN, LEFF

FORT WORTH, TX 76109-1733

404 PARK AVE FL 5
NEW YORK, NY 10016-8412

575 MADISON AVE
NEW YORK, NY 10022-2511

## Source Information

| | |
|---|---|
| All Sources | 51 Source Documents |
| Business Contacts | 8 Source Documents |
| Business Finder | 12 Source Documents |
| Corporate Filings | 3 Source Documents |
| Dun & Bradstreet | 1 Source Document |
| Experian Business Reports | 2 Source Documents |
| Internet Domain Registrations | 14 Source Documents |
| Liens and Judgments | 4 Source Documents |
| Professional Licenses | 1 Source Document |
| UCC Lien Filings | 6 Source Documents |

About LexisNexis | Terms and Conditions | Privacy Policy
Copyright 2007 LexisNexis, a division of Reed Elsevier Inc. All rights reserved.