Exhibit G

# NYS Department of State

## Division of Corporations

**Entity Information**

Selected Entity Name: NATIONAL SETTLEMENT AGENCY, INC.

Selected Entity Status Information

Current Entity Name: NATIONAL SETTLEMENT AGENCY, INC.
Initial DOS Filing Date: APRIL 01, 1998
    County: NEW YORK
    Jurisdiction: NEW YORK
    Entity Type: DOMESTIC BUSINESS CORPORATION
    Current Entity Status: ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**

LAW OFFICES OF STEVEN LEFF
575 MADISON AVENUE
SUITE 1006
NEW YORK, NEW YORK, 10022

**Chairman or Chief Executive Officer**

RACHEL M LEFF
575 MADISON AVENUE
10TH FLOOR
NEW YORK, NEW YORK, 10022-2511

**Principal Executive Office**

RACHEL M LEFF

575 MADISON AVENUE
10TH FLOOR
NEW YORK, NEW YORK, 10022-2511

**Registered Agent**

NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results    New Search    NYS Department of State Home Page

Division of Corporations, State Records and UCC Home Page

http://appsext8.dos.state.ny.us/corp_public/CORPSEARCH.ENTITY_INFORMATION?p_nameid=2289110&p_corpid=2244913&p_entit...