| | | |
|---|---|---|
| **Mary Hobson**<br>08/16/2007 10:34 AM | To: | Robin Aldridge/US/ABNAMRO/NL@ABNAMRO |
| | cc: | |
| | Subject: | Fw: Copy of outgoing msg |

----- Forwarded by Mary Hobson/US/ABNAMRO/NL on 08/16/2007 09:34 AM -----

| | | |
|---|---|---|
| Mary Hobson/US/ABNAMRO/NL<br>08/16/2007 09:33 AM | To | Bernadine Aldridge/US/ABNAMRO/NL |
| | cc | |
| | Subject | Copy of outgoing msg |



**Research File Details**

File

| Field | Value |
|---|---|
| Tran Amt | USD 420,878.54 |
| USD Equivalent | 420,878.54 |
| FX Rate | 0.0 |
| Fed Imad | |
| Fed Omad | 20070622G1B7781C002840 |
| Value Date | 6/22/2007 |
| Send Date | 6/22/2007 |
| Debit Date | 6/22/2007 |
| Swift ISN | |
| Credit/Debit | DB |
| MoneyNet Seq | 20070622000011682 |
| Associated Seq | |
| In/Out | O |
| Swift OSN | |
| Source | MTG |
| Msg Type | 1000 |
| Funds Flag | F |
| Wire Type | FW |

| | | |
|---|---|---|
| Source Bank | 072000805 | Name: LASALLE BK MIDWEST |
| Target Bank | 021000021 | Name: CHASE NYC |
| Wire Key | FWOF 002840 | |
| Comm Key | 00 FED | |

| | | |
|---|---|---|
| Credit Acc Num | 021000021 | Cr Int Acc Num |
| Debit Acc Num | 5405419945 | Db Int Acc Num |
| Amount Sent | 0.00 | Available SAME |
| Amount Received | 0.00 | Rate / |
| Cr Affl Code | 280 | |
| Db Affl Code | 280 | |
| Interest Amount | | |
| Term | Days | Rate Flag |

50: D5405419945
[ORG] AAMG ORIGINATIONS FUNDING
2600 WEST BIG BEAVER ROAD
TROY MI 48084 3323

BNF: 740084702
NATIONAL SETTLEMENT AGENCY INC

Sender Bank Ref: 2333674733
Beneficiary Reference:

Payment Details Page 1

PAY
Fed In
Fed Ou



**Research File Details**

I/O: O    Message: 6/22/2007    MoneyNet Seq: 2007062200011682

Outgoing Fedwire Message

```
{2000}000042087854
{3100}072000805LASALLE BK MIDWEST*
{3320}2007062200011682*
{3400}021000021CHASE NYC*
{3600}CTR
{3700}S*
{4200}D740084702*
NATIONAL SETTLEMENT AGENCY INC*
{4320}2333674733*
{5000}D5405419945*
AAMG ORIGINATIONS FUNDING*
2600 WEST BIG BEAVER ROAD*
TROY MI 48084 3323*
{6000}IF LOAN ID 6562436574*
GLENN NELSON
NATIONAL SETTLEMENT AGENT*
```

☐ Word Wrap

Outgoing Fedwire Details

**Research File Details**

File

| Field | Value |
|---|---|
| Tran Amt | USD 413,275.05 |
| USD Equivalent | 413,275.05 |
| FX Rate | 0.0 |
| Fed Imad | |
| Fed Omad | 20070420G1B7781C003868 |
| Value Date | 4/20/2007 |
| Send Date | 4/20/2007 |
| Debit Date | 4/20/2007 |
| Swift ISN | |
| Credit/Debit | DB |
| MoneyNet Seq | 20070420000013647 |
| Associated Seq | |
| In/Out | O |
| Swift OSN | |
| Source | MTG |
| Msg Type | 1000 |
| Funds Flag | F |
| Wire Type | FW |

| Field | Value |
|---|---|
| Source Bank | 072000805  Name LASALLE BK MIDWEST |
| Target Bank | 021000021  Name CHASE NYC |
| Wire Key | FWOF  003868 |
| Comm Key | 00  FED |

| Field | Value |
|---|---|
| Credit Acc Num | 021000021 |
| Debit Acc Num | 0001378005 |
| Amount Sent | 0.00 |
| Amount Received | 0.00 |
| Cr Int Acc Num | |
| Db Int Acc Num | |
| Available | SAME |
| Rate | / |
| Cr Afil Code | 280 |
| Db Afil Code | 280 |
| Interest Amount | |
| Term  Days  Rate Flag | |

| 50 | G0001378005 |
| (ORG) | INTERFIRST |
| | 6300 INTERFIRST DRIVE |
| | ATT TRACY WATSON |
| | ANN ARBOR, MI 48108 |
| Sender Bank Ref | 2297596681 |

| BNF | 9046139174 |
| | NATIONAL SETTLEMENT AGENCY, INC. |
| Beneficiary Reference | |

Payment Details Page 1