





```
FTRSCR
File  Edit  Command  Action  Help

                                                    07/07/11  20070711 00003759
SR MTG
                          63,071.39 CR USD
                                  FTR     1000

D 5405419945/                          A 021000021                    ADV FED
         07/07/11                               07/07/11
AAMG ORIGINATIONS FUNDING              CHASE BANK NA
2600 WEST BIG BEAVER ROAD              NEW YORK NEW YORK
TROY MI  48084 3323
         2342050804                         904613917            CHS BKN
                                       NATIONAL SETTLEMENT AGENCY  INC.

                                       IF LOAN ID 656203609
                                       CARLOS ALCANTARA
                                       Alcantara
```



```
FTRSCR
File  Edit  Command  Action  Help

                ENQUIRY FUNCTION              SND 07/07/24 TRN 20070724 00003984
SRC MTG
  RPT#         AMT        300,491.25 CUR USD                    TR#
  TEST                         TYP FTR MTP 1000 ENDS S CHG DBY CDY COMD CBLD

DBT D 5405419945/                         CDT A 021000021              ADV FED
DEBIT VAL 07/07/24                        CREDIT VAL 07/07/24
AAMG ORIGINATIONS FUNDING                 CHASE BANK NA
2600 WEST BIG BEAVER ROAD                 NEW YORK NEW YORK
TROY MI  48084 3323                       .
SNDR REF NUM 2348295616                   BNF  987096757765           CHS BKN
                                          NATIONAL SETTLEMENT AGENCY   INC.

                                          ORIG TO BNF INFO
                                          IF LOAN ID 656597616
                                          JOSEPH DE CARLO
```

