*Siedin, T*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  SEP 1 1 2007
```

ABN AMRO MORTGAGE GROUP, INC.,

                                      Plaintiff,

        - *against* -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                                      Defendants.

Case No. 07-CIV-7657 ( *L T S* )

**STIPULATION AND (PROPOSED)
ORDER OF SUBSTITUTION OF
COUNSEL**

        IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned,

that the law firm of Cahill Gordon & Reindel LLP hereby is substituted for Bryan Cave LLP as

counsel of record for Plaintiff ABN AMRO Mortgage Group, Inc. ("AAMG") in the above-

captioned action.  Cahill Gordon & Reindel LLP requests that a copy of all papers henceforth

served in this action be served upon Thomas J. Kavaler, a member of the firm, at the firm's of-

fice located at 80 Pine Street, New York, New York 10005.

        The supporting declaration of Thomas J. Kavaler is attached hereto pursuant to

Local Civil Rule 1.4.

This substitution does not waive or otherwise impair any claims or defenses that AAMG may have available to it.

This Stipulation may be executed in counterpart.

Dated: September 5, 2007
     New York, New York

Respectfully submitted,

By: _____
   Noah M. Weissman
   Omar A. Shakoor
   BRYAN CAVE LLP
   1290 Avenue of the Americas
   New York, New York 10104

By: _____
   Thomas J. Kavaler
   David N. Kelley
   CAHILL GORDON & REINDEL LLP
   80 Pine Street
   New York, New York 10005
   Phone: (212) 701-3000
   Fax:   (212) 269-5420

**SO ORDERED.**

Dated: New York, New York
     September 10, 2007

_____
LAURA TAYLOR SWAIN
United States District Judge

To:   Richard A. Leff, Esq.
     National Settlement Agency, Inc.
     404 Park Avenue South, 5th Floor
     New York, New York 10016

     *Attorney for Defendant National Settlement Agency, Inc.*

-2-