UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

- *against* -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                            Defendants.

Case No. 07-CIV-7657

## **CERTIFICATE OF SERVICE**

        The undersigned hereby certifies that on September 13, 2007, I served a true and correct copy of the Amended Complaint on the following, via federal express, next business day delivery:

        National Settlement Agency, Inc.
        c/o Richard A. Leff, Esq., as General Counsel
        10 Park Road
        Short Hills, NJ  07078

        Michael Soshnick, Esq.
        190 Willis Avenue, Suite 112
        Mineola, New York  11501

        Lawrence Morrison, Esq.
        220 East 72nd Street, 25th Floor
        New York, New York  10021

        Jonathan B. Bruno, Esq.
        Kaufman Borgeest & Ryan LLP
        9 Park Avenue-19th Fl
        New York, NY 10016

                                              _____
                                                    Maura A. McLoughlin