UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,

                  Plaintiffs,

-*against*-

NATIONAL SETTLEMENT AGENCY, INC.;
STEVEN M. LEFF; RACHEL M. LEFF; AND
RICHARD A. LEFF,

                  Defendants.

-----------------------------------------------------------------x

**NOTICE OF APPEARANCE**

07-CV-7657 (LTS)

To the Clerk of the Court and all parties of record:

    Enter my appearance in this case for Defendant, RICHARD A. LEFF. I certify that I am admitted to practice in this court.

Dated: New York, New York
        September 19, 2007

                                                      _____
                                                        Jonathan B. Bruno
                                                        Kaufman Borgeest & Ryan LLP
                                                        99 Park Avenue, 19th Floor
                                                       New York, New York 10016
                                                        Telephone No.: (212) 980-9600
                                                        Facsimile: (212) 980-9261
                                                        jbruno@kbrlaw.com

636199

## CERTIFICATE OF SERVICE

    This is to certify that a true and correct copy of the foregoing Notice of Appearance was served via First Class U.S. Mail on the 19th day of September 2007 upon:

Thomas J. Kavaler, Esq.
David N. Kelley, Esq.
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000

Lawrence F. Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021
(212) 861-1224

Michael L. Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, NY 11501
(516) 294-1111

_____
Jonathan B. Bruno

636199