UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INDYMAC BANK, F.S.B.,
                     Plaintiff,
-v-                              No. 07 Civ. 6865 (LTS)(AJP)

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF,
RICHARD A. LEFF, and JOHN DOES 1-100,
                     Defendants.

---

ABN AMRO MORTGAGE GROUP, INC.,
                     Plaintiff,
-v-                              No. 07 Civ. 7657 (LTS)

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF,
and RICHARD A. LEFF,
                     Defendants.

---

E* TRADE SAVINGS BANK and
E* TRADE MORTGAGE CORP.,
                     Plaintiffs,
-v-                              No. 07 Civ. 8065 (UA)

NATIONAL SETTLEMENT AGENCY, INC.,
FAST TRACK TITLE AGENCY LLC,
STEVEN M. LEFF, RACHEL M. LEFF, and
RICHARD A. LEFF,
                     Defendants.

---

LYDIAN PRIVATE BANK d/b/a
VIRTUAL BANK
                     Plaintiff,
-v-                              No. 07 Civ. 8173 (RMB)(MHD)

STEVEN M. LEFF, RICHARD A. LEFF,
                     Defendants.

---

LAURA TAYLOR SWAIN, UNITED STATES DISTRICT JUDGE

## ORDER DESIGNATING RELATEDNESS AND SETTING FORTH PRE-TRIAL COORDINATION SCHEDULE

The above-captioned cases appear to arise from substantially similar operative facts. Therefore, in the interests of convenience and efficiency in the use of judicial resources and the economical conduct of the litigations, it is hereby ORDERED that the above-captioned cases be deemed related to one another for purposes of coordinated pretrial proceedings, pursuant to Local Rule 15 for the Division of Business Among District Judges in the Southern District of New York. It is further

ORDERED that all counsel in all of the above-captioned cases confer by **October 12, 2007**, to devise a proposal for the coordination of proceedings, including any discovery. In determining a proposed coordination of pre-trial proceedings, counsel shall take into consideration any discovery that may have already taken place and account for the possibility of the additional filing of cases that might reasonably be deemed related. Counsel shall also discuss facts that are in dispute and facts that are undisputed, as between plaintiff(s) and defendants for each above-captioned case, as among the plaintiffs in all the above-captioned cases, and as among the defendants in the above-captioned cases. It is further

ORDERED that all counsel for the above-captioned cases shall prepare, execute and file with the Court, **with one courtesy copy provided to chambers of the undersigned**, a single document containing the aforementioned coordination proposal, by **October 19, 2007**. It is further

ORDERED that all counsel in the above-captioned cases shall attend a pre-trial

conference on **October 26, 2007, at 9:45 a.m.** to discuss the foregoing in Courtroom No. 17C[1], Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York 10007. Counsel for any party may authorize other counsel for any party in the above-captioned cases to appear and speak on their behalf, for any limited, agreed-upon purpose, if deemed necessary for the interests of efficiency and convenience.

In the event that any party fails to comply with this Order, the Court may impose sanctions or take other action as appropriate. Such sanctions and action may include assessing costs and attorneys' fees, precluding evidence or defenses, dismissing the action, and/or the imposition of other appropriate penalties.

The Clerk of Court is respectfully requested to deem the above-captioned cases as RELATED and to create the necessary associations for purposes of the docket.

SO ORDERED.

Dated:  New York, New York
        September 21, 2007

/s/ Laura Taylor Swain

LAURA TAYLOR SWAIN
United States District Judge

---

[1] On the day of the conference, check the electronic board in the lobby to be certain of the proper courtroom.