Swain, J

Thomas J. Kavaler
David N. Kelley
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Plaintiffs ABN AMRO Mortgage Group, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 4 2007
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ABN AMRO MORTGAGE GROUP, INC.,

　　　　　　　　　　　　　　Plaintiff,

　　- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

　　　　　　　　　　　　　　Defendants.

Case No. 07-CIV-7657 (LTS)

**ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC.**

　　　　Upon the Declaration of Thomas J. Kavaler dated September 21, 2007, and the exhibits attached thereto, and the Memorandum of Law in support of this Order to Show cause dated September 21, 2007, and sufficient cause appearing therefor, it is hereby:

　　　　**ORDERED** that Plaintiffs show cause before the Honorable Laura Taylor Swain, a Judge of the United States District Court for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York, on the 28th day of September, 2007, at 11:30 a.m., or as soon thereafter as counsel may be heard, why a order should not be entered

a) holding Defendants NSA and Steven M. Leff in civil contempt, pursuant to 18 U.S.C. 401, of this Court's September 10, 2007 Order Of Attachment, Preliminary Injunction, and Order Allowing Expedited Discovery as against Defendants Steven M. Leff and National Settlement Agency, Inc.,

b) ordering that, to purge themselves of such contempt, said Defendants immediately provide the affidavit required by the Order of Attachment, and

c) ordering the arrest and imprisonment of Defendant Steven M. Leff until such time as the affidavit required by the Order of Attachment shall be provided to Plaintiffs AAMG

and it is further

**ORDERED** that personal, electronic, or fax service of a copy of this Order and the papers upon which it was granted be made on Defendant NSA and on the attorneys of record for Defendants Steven M. Leff on or before 5:00pm on September 24, 2007.

Dated: New York, New York
       September 24, 2007

_____
UNITED STATES DISTRICT JUDGE

2