Exhibit A

```
                                          ┌─────────────────────────────┐
                                          │ USDC SDNY                   │
                                          │ DOCUMENT                    │
                                          │ ELECTRONICALLY FILED        │
UNITED STATES DISTRICT COURT              │ DOC #: _____      │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED: SEP 11 2007     │
                                          └─────────────────────────────┘
```

ABN AMRO MORTGAGE GROUP, INC.,

                             Plaintiff,

     - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                            Defendants.

Case No. 07-CIV-7657

**ORDER OF ATTACHMENT, PRELIMINARY INJUNCTION, AND ORDER ALLOWING EXPEDITED DISCOVERY**

**AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC.**

Upon plaintiff ABN AMRO Mortgage Group Inc.'s Order to Show Cause, dated August 29, 2007, the affidavit of Lorie Miller, sworn to on August 28, 2007, the Declaration of Omar A. Shakoor, dated August 28, 2007, and the Memorandum of Law, dated August 28, 2007, and due deliberation being had thereon;

And plaintiff having filed a Summons and Complaint on August 28, 2007, and having filed the Order to Show Cause on August 28, 2007 requiring defendants National Settlement Agency, Inc. ("NSA"), Steven M. Leff, and Rachel M. Leff (collectively, "Defendants") to show cause why: (1) an order of attachment pursuant to Fed. R. Civ. P. 64 and C.P.L.R. Article 62, and (2) a preliminary injunction pursuant to Fed. R. Civ. P. 65 should not be entered;

And plaintiff having filed an undertaking in the sum of $10,000 pursuant to the Order to Show Cause;

And the parties [*counsel for all*] having appeared before this Court on September 10, 2007; [*other than Stephen Leff and NSA*]

Copies ~~mailed~~ *served* counsel of record
Chambers of Judge Swain
9/10/07

And the Court having determined that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. §§ 6201(3) and 6212: (a) plaintiff has causes of action whereby it has demanded and would be entitled to a money judgment against the named defendants in the amount of $2,261,744.10, plus interest, costs, disbursements, and fees; (b) it is probable that the plaintiff will succeed on the merits of its claims against Defendants; (c) Defendants, with intent to defraud the plaintiff or frustrate the enforcement of a judgment that might be rendered in the plaintiff's favor, have assigned, disposed of, and secreted property, and are about to continue such acts; and (d) the amount demanded from Defendants exceeds all counterclaims known to the plaintiff; it is hereby

ORDERED that, the application for an Order of Attachment as against Defendants Steven M. Leff and NSA is GRANTED; and

ORDERED that, the amount to be secured by this Order of Attachment shall be $2,261,744.10, plus the legal rate of interest, costs, and United States Marshals Service's fees and expenses; and it is further

ORDERED that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6211, the United States Marshals Service of the Southern District of New York or of any district in the State of New York shall levy, at any time before final judgment, upon the assets of Defendants Steven M. Leff and NSA, including any interest of Defendants Steven M. Leff and NSA in personal or real property or any debt owed to Defendants or any investment accounts and investments, including commercial paper, which any non-party (including JPMorgan Chase) keeps in trust or possession for the benefit of NSA, Steven M. Leff, Samuel (Sam or Sammy) Leff or Ryan Leff, as will satisfy the above-stated amount to be secured by this Order of Attachment, and it is further

-2-

ORDERED that, pursuant to Fed. R. Civ. P. 64 and C.P.L.R. § 6220, on or before ~~September 19, 2007~~ Defendants Steven M. Leff and NSA shall provide counsel to Plaintiff a sworn affidavit (1) enumerating in detail all of Defendant Steven M. Leff's and Defendant NSA's assets, including each and every bank account, investment interest, investment account, investment, commercial paper, parcel of property, motor vehicle, watercraft or other personal property of $10,000 of value or more, whether held personally or in trust, and the location and garnishee of each and (2) listing all persons, including accountants and financial advisors, with personal knowledge of any Defendant's assets and finances; and it is further

ORDERED that, pending the final resolution of this action, or an Order of this Court directing otherwise, Defendants Steven M. Leff and NSA, acting in their personal capacities or as custodian or trustee, and either Steven M. Leff's or NSA's garnishees, officers, directors, partners, affiliates, agents, employees, assigns, and any entities or individuals acting on their behalf, are restrained and enjoined from directly or indirectly secreting, transferring, selling, alienating, concealing, encumbering, or otherwise dissipating any asset of any of the Defendants in this action, or paying any debt owed by either Defendant Steven M. Leff or Defendant NSA, excluding the ordinary and usual living and business expenses of Defendant Steven M. Leff; and it is further

ORDERED that, plaintiff may immediately serve subpoenas upon JP Morgan Chase Bank, or any of its related banks, and any other third party, for any purpose, including but not limited to locating and identifying the money that plaintiff entrusted to NSA and locating and identifying other parties responsible for plaintiffs loss, and may take discovery of Defendants Steven M. Leff and NSA so as to ascertain the extent and nature of all Defendants' assets and for any other purpose.

Dated: New York, New York
       September 10, 2007

                                            United States District Judge

CAHILL GORDON AND REINDEL LLP

By: _____
Thomas J. Kavaler
David N. Kelley
80 Pine Street
New York, New York 10005
(212) 701-3000