Exhibit C

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC.,<br><br>                           Plaintiff,<br><br>        - against -<br><br>NATIONAL SETTLEMENT AGENCY, INC.,<br>STEVEN M. LEFF, RACHEL M. LEFF AND<br>RICHARD A. LEFF,<br><br>                          Defendants. | Case No. 07-CIV-7657<br><br>**(PROPOSED) ORDER OF CIVIL CONTEMPT**<br><br>**AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC.** |

       Upon the Order to Show Cause of Plaintiff ABN AMRO Mortgage Group Inc. ("AAMG") dated September ____, 2007, the Declaration of Thomas J. Kavaler dated September 21, 2007, and the Memorandum of Law in support of said Order to Show Cause dated September 21, 2007, and due deliberation being had thereon;

       And the Court by the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, having entered an Order of Attachment, Preliminary Injunction, and Order Allowing Expedited Discovery (the "Order of Attachment") against Defendants Steven M. Leff and National Settlement Agency, Inc. ("NSA"), dated September 10, 2007 ordering that

> on or before September 19, 2007 Defendants Steven M. Leff and NSA shall provide counsel to Plaintiff a sworn affidavit (1) enumerating in detail all of Defendant Steven M. Leff's and Defendant NSA's assets, including each and every bank account, investment interest, investment account, investment, commercial paper, parcel of property, motor vehicle, watercraft or other personal property of

$10,000 of value or more, whether held personally or in trust, and the location and garnishee of each and (2) listing all persons, including accountants and financial advisors, with personal knowledge of any Defendant's assets and finances,

the affidavit described above being known hereinafter as the "Affidavit of Assets";

And Plaintiff having filed an Amended Complaint on September 14, 2007, and having filed the Order to Show Cause on September ___, 2007 requiring Defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff (collectively, "Defendants") to show cause why an order should not issue:

    (a) holding Defendants NSA and Steven M. Leff in civil contempt, pursuant to 18 U.S.C. 401, of this Court's September 10, 2007 Order Of Attachment, Preliminary Injunction, and Order Allowing Expedited Discovery as against Defendants Steven M. Leff and National Settlement Agency, Inc.,

    (b) ordering that, to purge themselves of such contempt, those Defendants immediately provide the affidavit required by the Order of Attachment,

    (c) ordering the arrest and imprisonment of Defendant Steven M. Leff until such time as the affidavit required by the Order of Attachment shall be provided to Plaintiffs AAMG.

And Plaintiff AAMG and Defendants _____ having appeared before this Court on September ____, 2007;

And the Court having determined that, by reason of their failure to provide the Affidavit of Assets by the date required by the Order of Attachment, Defendants NSA and Steven M. Leff are in contempt of the Order of Attachment; it is

ORDERED that, the application for an Order holding Defendants Steven M. Leff and NSA in contempt of the Order of Attachment is GRANTED; and it is further

ORDERED that, to purge themselves of such contempt, those Defendants shall FORTHWITH provide the Affidavit of Assets as required by the Order of Attachment to Plaintiffs and their counsel; and it is further

ORDERED that Defendant Steven M. Leff is ordered confined at a suitable place until such time as he shall provide the Affidavit of Assets as required by the Order of Attachment to Plaintiff and its counsel; a warrant for his arrest shall issue immediately.

Dated:  New York, New York
         September _____, 2007

_____
United States District Judge