UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,         Case No. 07-CIV-7657

   - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                              Defendants.
-------------------------------------------------------------------x

## AFFIDAVIT OF STEVEN LEFF

Steven M. Leff, being duly sworn, deposes and says:

1. I am a defendant in the above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000:

(a) an account at JP Morgan Chase, Number 091361821256, with a current balance of - $2,300,000.00;

(b) an account at Bridgehampton National Bank, with a balance of approximately $350;

(c) a 2007 Chevrolet Suburban with a lien of approximately $29,000 with Chase Bank; and

    (d) a 2007 Suzuki Boulevard (motorcycle) with a lien of approximately $11,000 with Suzuki Auto Finance.

3. I further state that the only person with personal knowledge of my assets and finances is Marty Murray, CPA, 425 Madison Avenue, Ninth Floor, New York, New York 10017, (212) 644-2100.

_____
Steven M. Leff

Sworn to before me this
25th day of September, 2007

_____
NOTARY PUBLIC

JOHN LAWRENCE
Notary Public, State of New York
No. 30-4611535
Qualified in Nassau County
Commission Expires June 22, 20 10