

MICHAEL L. SOSHNICK
Attorney at Law

190 Willis Avenue
Mineola, New York 11501
(516) 294-1111
(516) 294-5465 Fax

FACSIMILE TRANSMISSION

DATE: September 25, 2007

FROM: Thomas J. Kavaler, Esq.          FAX NO. 212-269-5420
TO: Cahill Gordon & Reindel LLP        TEL. NO. 212-701-3000

FROM: Michael L. Soshnick, Esq.

SPECIAL INSTRUCTIONS:

RE: ABN AMRO v. National Settlement Agency, Inc., et al.
Case No. 07-CIV-7657

In furtherance of our telephone conversation yesterday, I am faxing the Affidavit of my client Steven M Leff. Kindly call me on my cell phone at 516-633-3121 in regard to my request that you withdraw your previous order to show cause for contempt.

Thank you.

TOTAL PAGES INCLUDING COVER PAGE:   3

CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE. THANK YOU.