UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

ABN AMRO MORTGAGE GROUP, INC.,

                                         Plaintiff,

     - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                                   Defendants.

-----------------------------------------------------------------x

Case No. 07-CIV-7657

AFFIRMATION OF COUNSEL
IN OPPOSITION TO PLAINTIFF'S
MOTION FOR CONTEMPT

        Michael L. Soshnick declares under penalty of perjury pursuant to 28 U.S.C. Section

1746 as follows:

    1.     I am the attorney for Steven M. Leff who is one of the defendants in the above-

        captioned case.

    2.     I an submitting this affirmation in opposition to plaintiff's motion for an order to

        hold Steven M. Leff in civil contempt and for his immediate arrest.

    3.     On September 10, 2007, this court entered an order of attachment against National

        Settlement Agency (NSA) and Steven M. Leff as set forth in Paragraph 4 of the

        Declaration of Thomas Kavaler in support of plaintiff's instant motion seeking a

        contempt order against Steven M. Leff.

    4.     Although the attachment order was served upon your affirmant's law office by

        Federal Express, your affirmant did not discuss the attachment order with Steven

        M. Leff until September 21, 2007.

    5.     In truth and in fact, Steven M. Leff was unaware of the requirement that a

financial affidavit needed to be submitted to counsel for the plaintiff by September 19, 2007 until September 21, 2007.

6.  Your affirmant who is a sole practitioner was actively engaged in a criminal jury trial in this district from September 17, 2007 through September 19, 2007 before the Honorable Richard Berman in the case of <u>United States of America v. Jeffrey Musumeci</u>, 07 cr. 402 (RMB).

7.  Upon reviewing the work that accumulated during the trial, I realized for the first time on September 21, 2007 that my client, Steven M. Leff's affidavit was due on September 19, 2007.

8.  Accordingly, I faxed my client's financial affidavit in connection with the Indymac litigation, 07 cv 6865 (LTS), and in a fax cover sheet indicated that if an additional affidavit was required that your affirmant would direct his client to furnish one to counsel for the plaintiff.

9.  A few minutes later, your affirmant's office received a fax indicating that the affidavit was due two (2) days ago and that counsel for the plaintiff had already moved by order to show cause to have Steven M. Leff held in contempt and arrested.

10.  Shortly thereafter, on the cusp of the religious observance and high holiday of Yom Kippur, your affirmant faxed an apology for his lateness in submitting the required affidavit.

11.  In the fax, your affirmant stated: "I want to assure you that the lateness was entirely my fault and, in fairness, should not be attributed to my client. I truly apologize for any inconvenience that I may have caused you. Please feel free to

**Exhibit A**





MICHAEL L. SOSHNICK
Attorney at Law

190 Willis Avenue
Mineola, New York  11501
(516) 294-1111
(516) 294-5465 Fax

FACSIMILE TRANSMISSION

DATE: September 27, 2007

FROM:  Thomas J. Kavaler, Esq.          FAX NO.  212-269-5420
TO: Cahill Gordon & Reindel LLP          TEL. NO.  212-701-3000

FROM: Michael L. Soshnick, Esq.

SPECIAL INSTRUCTIONS:

RE:   ABN AMRO v. National Settlement Agency, Inc., et al.
      Case No. 07-CIV-7657

       In furtherance of the telephone message that you left with my office earlier today, I am faxing a Supplemental Affidavit of my client Steven M. Leff.  Kindly call me on my cell phone at 516-633-3121 in regard to my request that you withdraw your previous order to show cause for contempt.

       Thank you.

TOTAL PAGES INCLUDING COVER PAGE:     8

CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW.  IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE.  THANK YOU.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,

                                     Plaintiff,            Case No. 07-CIV-7657

         - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                                 Defendants.
-----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF STEVEN LEFF

Steven M. Leff, being duly sworn, deposes and says:

1.     I am a defendant in the above-captioned proceeding.

2.     I state that to the best of my knowledge and recollection I currently own or

maintain the following bank accounts, investment accounts, investments,

commercial paper, real property, motor vehicle, watercraft or other personal

property with a value in excess of $10,000:

         (a) an account at JP Morgan Chase, Number 091361821256, with a current
         balance of - $2,300,000.00;

         (b) an account at Bridgehampton National Bank, with a balance of
         approximately $350;

         (c) a 2007 Chevrolet Suburban with a lien of approximately $29,000 with
         Chase Bank; and

         (d) a 2007 Suzuki Boulevard (motorcycle) with a lien of approximately
         $11,000 with Suzuki Auto Finance.

3.    I state that to the best of my knowledge and recollection, the only current assets of

the National Settlement Agency (NSA) with a value in excess of $10,000 are two

(2) commercial lease security deposits which are set forth as follows:

> (a)  Security Deposit in the approximate amount of $26,000 held by Vitech
> Inc. (Landlord for 404 Park Avenue, 5th Floor Space); and
>
> (b)  Security Deposit in the approximate amount of $100,000 held by Sitt
> Asset Management, One Penn Plaza (Landlord for 180 Madison
> Avenue,12th Floor Space).

4.    I further state that the only person with personal knowledge of my assets and

finances is Marty Murray, CPA, 425 Madison Avenue, Ninth Floor, New York,

New York 10017, (212) 644-2100.

5.    As to the request by counsel for plaintiff for a sworn affidavit listing every bank

account, brokerage account, or other investment account, held by your affiant or

NSA (i.e., all accounts in the name of your affiant or NSA, held in trust by or for

your affiant or NSA, and any accounts in which your affiant or NSA has had an

interest) in the last two (2) years, the following is a list of the requested accounts

as to Steven M. Leff or held in trust by or for Steven M. Leff:

> Doral Bank - NY, NY
> Commerce Bank - NY, NY
> Chase Bank - NY, NY
> E-Trade - Stock Trading Account
> UBS Investment Account
> Progressive Federal Credit Union - NY, NY
> Bridgehampton National Bank - Bridgehampton, NY

6.  The following is a list of the requested accounts for which NSA has had an interest in the last two (2) years:

> Commerce Bank - NY, NY
> Chase Bank - NY, NY

7.  As to the request by counsel for plaintiff for a sworn affidavit listing every stock or other business or investment interest, brokerage account, or other investment account, held by your affiant or NSA (i.e., all interests held directly or indirectly, personally or in trust) in the last two (2) years, other than those interests held via the accounts listed in accordance with the previous two paragraphs numbered and designated 5 and 6 of this affidavit, the following is a list of the requested stock or other business or investment interest held by Steven M. Leff:

> National Settlement Agency
> Fast Track Title Agency
> Global Alumina Stock
> Jand Technologies
> RSSR Trust
> Guardian Bureau

8.  The following is a list of the requested stock or other business or investment interest for which NSA has had an interest in the last two (2) years:

> None

9.    As to the request by counsel for plaintiff for your affiant to provide registration

and location information for his car and motorcycle described in the "Prior Leff

Affidavit", the following is provided:

> Copies of the registration certificates for the subject vehicles are attached
> hereto and made a part hereof as Exhibit A. The Chevrolet Suburban is
> usually parked in the vicinity of 82nd Street and First Avenue in
> Manhattan, New York. The Suzuki Motorcycle is usually parked at
> 15 Anvil Court East Hampton, New York.

_____
Steven M. Leff

Sworn to before me this
27th day of September, 2007

_____
NOTARY PUBLIC

**JOHN LAWRENCE**
**Notary Public, State of New York**
**No. 30-4611535**
**Qualified in Nassau County**
**Commission Expires June 22, 20___**

Case No. 07-CIV-7657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

                        Plaintiff,

        - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                        Defendants.

## SUPPLEMENTAL AFFIDAVIT OF STEVEN LEFF

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501
(516) 294-1111

EX. "A"

**Keep this document to show to the police and courts.**

MV-639TR (6/05)    **NEW YORK STATE REGISTRATION DOCUMENT**

```
   MOT
91FZ54
2007 SUZUK  NONTRANSFERABLE
MCY  WH    JS1VY53A972102809
000703 G 2 EN068738 JUN 16 2007
Wt/Seats   Fuel/Cyl
            SMD ACOCB9  83731885
                      Expires 04/30/08
LEFF,STEVEN,M
15 ANVIL CT                  14.00
E HAMPTON      NY 11937
                         ANNUAL CHG
                       AMT PAID (INCL ADD CHG)
EN068738  VOID IF ALTERED EXCEPT FOR ADDRESS
                             76.50
```

**Keep this document to show to the police and courts.**

MV-639TR (6/05)    **NEW YORK STATE REGISTRATION DOCUMENT**

```
   PAS
DWS8081
2007 CHEVR  NONTRANSFERABLE
SUBN BK    3GNFK16377G241868
005792 G 8 EL129154 JAN 02 2007
Wt/Seats   Fuel/Cyl
            KRS HRKBB8
                      Expires 01/01/09
LEFF,STEVEN,M              *NYMA*
404 PARK AVE S 5TH F         45.00
NEW YORK       NY 10016
                         ANNUAL CHG
                       AMT PAID (INCL ADD CHG)
EL129154  VOID IF ALTERED EXCEPT FOR ADDRESS
                            190.00
```