UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

- *against* -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                              Defendants.

Case No. 07-CIV-7657(LTS)

---

### AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                               : ss.:
COUNTY OF NEW YORK )

      MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

      1.    I am over the age of 18 years and not a party to this action.

      2.    On the 24th day of September, 2007, at approximately 1:00 pm, I served the ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC., DECLARATION OF THOMAS J. KAVALER WITH EXHIBITS and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE upon:

                Michael Soshnick
                190 Willis Avenue, Suite 112
                Mineola, NY 11501
                soshnick.law@verizon.net

by causing to be emailed true and correct copies thereof to the above-mentioned individual at the email address listed above.

-2-

3. On the 24th day of September, 2007 at approximately 1:30 pm, I served the annexed ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC., DECLARATION OF THOMAS J. KAVALER WITH EXHIBITS and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE upon:

> National Settlement Agency
> Richard Leff, General Counsel
> 10 Park Road
> Short Hills, NJ 07078

by causing to be hand delivered true and correct copies to the address above and by delivering copies to Federal Express, for next business day delivery.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
26th day of September, 2007

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2011