**ORIGINAL**   Swains

Thomas J. Kavaler
David N. Kelley
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
(212) 701-3000

*Attorneys for Plaintiffs ABN AMRO Mortgage Group, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  SEP 2 7 2007
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC.,<br><br>                              Plaintiff,<br><br>        - against -<br><br>NATIONAL SETTLEMENT AGENCY, INC.,<br>STEVEN M. LEFF, RACHEL M. LEFF AND<br>RICHARD A. LEFF,<br><br>                              Defendants. | Case No. 07-CIV-7657 (LTS)<br><br>**ORDER TO SHOW CAUSE WHY A SUPPLEMENTAL DISCLOSURE ORDER SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC.** |

Upon the Declaration of Thomas J. Kavaler dated September 21, 2007 and the exhibits attached thereto, the Further Declaration of Thomas J. Kavaler dated September 23, 2007 and the exhibits attached thereto, the Memorandum of Law in support of this Order to Show cause dated September 21, 2007 and the Second Memorandum of Law in support of this Order to Show cause dated September 23, 2007, and sufficient cause appearing therefor, it is hereby:

**ORDERED** that Plaintiffs show cause before the Honorable Laura Taylor Swain, a Judge of the United States District Court for the Southern District of New York, at

✓ the United States Courthouse, 500 Pearl Street, New York, New York, on the 28th day of

✓ September, 2007, at 11:30 a.m., or as soon thereafter as counsel may be heard, why a order

should not be entered

    a)    ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with an affidavit, sworn by him, listing every bank account, brokerage account, or other investment account, held by Defendant Steven M. Leff or NSA (i.e., all accounts in the name of Steven M. Leff or NSA, held in trust by or for Steven M. Leff or NSA, and any accounts in which Steven M. Leff or NSA has had an interest) in the last two years,

    b)    ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with an affidavit, sworn by him, listing every stock or other business or investment interest held by Defendant Steven M. Leff or NSA (i.e., all interests held directly or indirectly, personally or in trust) in the last two years, other than those interests held via the accounts listed in accordance with section (a) of this order, and

    c)    ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with the registration and location information for his car and motorcycle described in the Prior Leff Affidavit so that they may be attached forthwith.

~~d)   ordering the imprisonment of Defendant Steven M. Leff until such time as he complies with this order.~~

The September 24, 2007, order to show cause, including the requests for a contempt finding and the imprisonment of Defendant Steven Leff, will also be heard on September 28, 2007, at 11:30 AM.

and it is further

     **ORDERED** that personal, electronic, or fax service of a copy of this Order and the papers upon which it was granted be made on Defendant NSA and on the attorneys of record for Defendant Steven M. Leff on or before 2:00pm on September 25, 2007.

Dated: New York, New York
   September 24, 2007

                           UNITED STATES DISTRICT JUDGE