# ORIGINAL

*Swain LT*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: SEP 2 7 2007

Thomas J. Kavaler
David N. Kelley
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York  10005
(212) 701-3000

*Attorneys for Plaintiffs ABN AMRO Mortgage Group, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC.,<br><br>Plaintiff,<br><br>- against -<br><br>NATIONAL SETTLEMENT AGENCY, INC., STEVEN M. LEFF, RACHEL M. LEFF AND RICHARD A. LEFF,<br><br>Defendants. | Case No. 07-CIV-7657<br><br>**ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE AS AGAINST RACHEL M. LEFF** |

Upon the Declaration of David N. Kelley dated September 26, 2007, and the

exhibits attached thereto, and the Memorandum of Law in support of this Order to Show

cause dated September 26, 2007, and sufficient cause appearing therefor, it is hereby:

**ORDERED** that Plaintiffs show cause before the Honorable Laura Taylor

Swain, a Judge of the United States District Court for the Southern District of New York, at

the United States Courthouse, 500 Pearl Street, New York, New York, on the __5th__ day of

~~September~~ October, 2007, at 10:45 a.m., or as soon thereafter as counsel may be heard, why a order

should not be entered

a)      holding Defendant Rachel M. Leff in civil contempt of this Court's
September 10, 2007 Order Of Attachment, Preliminary Injunction, and Order
Allowing Expedited Discovery as against Defendant Rachel M. Leff;



b)      ordering Defendant Rachel M. Leff to repatriate to the state of New
York all of her major assets, defined to include:

- all cash or other liquid assets,

- all bank, brokerage and investment accounts held directly or in-
directly, personally or in trust

- all business and investment interests held directly or indirectly,
personally or in trust

- all personalty originally purchased for $1000 or more or having
an estimated resale value of $500 or more.

All personalty shall be shipped directly to the U.S. Marshall for the Southern
District of New York to be held pending judgment in this case;

c)      ordering that Defendant Rachel M. Leff shall, until judgment is ren-
dered in this case or this order is revoked, provide to Plaintiff's counsel on or
before the tenth day of each calendar month an account of her income and ex-
penses and transfers of any kind for the prior calendar month, including any
income, expenses, transfers of assets or gifts-in-kind of $50 or greater value.
Income or expenses or transfers from or to any given person on any given day
shall be aggregated for the purposes of determining whether they constitute
one or multiple items.  Each statement shall be signed by Defendant Rachel M.
Leff and notarized; and

d)      ordering that Defendant Rachel M. Leff shall provide to Plaintiff's
counsel on or before _____, 2007

- all bank account and credit card statements from February 2007
to the present for cards that she used and/or accounts on which
she had any signing authority from February 2007 to the present,

- all income, expenditures and transfers, including in-kind trans-
fers, of value in excess of $1000, made from February 2007 to
the present.  Income or expenses or transfers for any given cal-
endar week (Sunday to Saturday) shall be aggregated for the
purposes of determining whether they constitute one or many
transfers

2

and it is further

        **ORDERED** that personal, electronic, or fax service of a copy of this Order and

the papers upon which it was granted be made on the attorney of record for Defendant Rachel

M. Leff on or before 4⁰⁰ pm ___ on September 28 , 2007.


Dated: New York, New York
       September 27 , 2007


                               UNITED STATES DISTRICT JUDGE