Exhibit A

09/21/2007  04:31    516-294-5465              MICHAEL SOSHNICK ATY                    PAGE  01/02





**MICHAEL L. SOSHNICK**
Attorney at Law

190 Willis Avenue
Mineola, New York 11501
(516) 294-1111
(516) 294-5465 Fax

FACSIMILE TRANSMISSION

DATE: September 21, 2007

FROM: Thomas J. Kavaler, Esq.
TO: Cahill Gordon & Reindel LLP

FAX NO. 212-269-5420
TEL. NO. 212-701-3000

FROM: Michael L. Soshnick, Esq.

SPECIAL INSTRUCTIONS:

RE: ABN AMRO v. National Settlement Agency, Inc., et al.
Case No. 07-CIV-7657

I am enclosing an affidavit signed by Steven Leff in connection with the Indymac Bank Litigation, 07 cv 6865 (LTS). Inasmuch as the Affidavit was executed last month and there has been no change in my client's assets, I respectfully submit that an additional affidavit reciting the same assets would be superfluous.

Nevertheless, if you require an additional affidavit, please call upon me, and I will direct my client to furnish one to you.

Thank you.

TOTAL PAGES INCLUDING COVER PAGE:  2

**CONFIDENTIAL COMMUNICATION**

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE. THANK YOU.

Received  Sep-21-07  04:57pm     From-516 294 5465        To-04 Cahill Gordon & R   Page 001

2pgs

**FAX RECEIVED**
ROOM # 1801B

09/21/2007  04:31   516-294-5465           MICHAEL SOSHNICK ATY                PAGE  02/02

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

INDYMAC BANK, F.S.B.,           :

                Plaintiff,       :

-against-                        :          07 cv 6865 (LTS)

NATIONAL SETTLEMENT AGENCY, INC.; :
STEVEN M. LEFF; RACHEL M. LEFF;   :
RICHARD A. LEFF; JOHN DOES 1-100, :

                Defendants       :

---

### AFFIDAVIT OF STEVEN LEFF

Steven Leff, being duly sworn, deposes and says:

1. I am the defendant in the above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000: (a) an account at JP Morgan Chase, Number 091361821256, with a current balance of $0; (b) an account a Bridgehampton National Bank, with a balance of approximately $350; (c) a 2007 Chevrolet Suburban with a lien of approximately $29,000; and (d) a 2007 Suzuki Boulevard (motorcycle) with a lien of approximately $11,000.

_____
Steven Leff

Sworn to before me this 20th day of August 2007

_____
Notary Public

LARRY H. KRANTZ
NOTARY PUBLIC, State of New York
No. 02-KR5071285
Qualified in New York County
Commission Expires April 3, 2007  11/2/11

Received  Sep-21-07  04:57pm        From-516 294 5465         To-04 Cahill Gordon & R    Page  002