Exhibit B

**Transcript of Voicemail Message from Michael Soshnick**
**Received on Friday, September 21, 2007 at 5:58 p.m.**
**From phone number (516) 741-5171**

Hi Tom. I am Michael Soshnick. I am the attorney for Steven Leff in regard to litigation that was

commenced by another law firm on behalf of ABN AMRO which I believe your law firm is now

handling on behalf of the lending institution. I asked my secretary Kelly to fax you over a copy of

an affidavit that I previously had furnished to the attorneys for IndyMac Bank in regard to a simi-

lar application for relief and an order to show cause that I believe the predecessor firm representing

ABN AMRO had filed, and unfortunately that was not done until today because I was actually en-

gaged in a jury trial in the Southern District of New York before Richard Berman and that trial did

not conclude until Wednesday, and you know what it's like when you're done with a trial you have

all these things that are piled up on your desk. I think there may have been some confusion about

who was representing ABN AMRO and also the requirement of getting this affidavit of Steven

Leff out to ABN AMRO on the 19th, which I understand was the date that it was technically due.

In any event, the affidavit that I have sent you is a current affidavit, and certainly I did not intend

to in any way violate any court order, and Mr. Leff was unaware that the affidavit that was faxed to

you earlier today had not been sent to you earlier, so to the extent that there was any mistake it was

totally on the part of my office and not attributable to any kind of willfulness on the part of

Mr. Leff. I am actually observing the Yom Kippur holiday, and I am going to be going to the

Synagogue soon, and I will be fasting for the next 24-25 hours, but you can reach me Saturday

night or Sunday on my cell phone at 516-633-3121 or on my home phone at 516-741-5171 if you

would like to discuss this matter, or you can call me on Monday at the office 516-294-1111.

Thank you very much, take care and have a pleasant weekend. Bye, bye.