UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                                       Plaintiff,

- *against* -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                                    Defendants.

---

Case No. 07-CIV-7657(LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

      MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1.     I am over the age of 18 years and not a party to this action.

2.     On the 24th day of September, 2007, at approximately 11:00 pm, I served the annexed ORDER TO SHOW CAUSE WHY A SUPPLEMENTAL DISCLOSURE ORDER SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC., DECLARATION OF THOMAS J. KAVALER WITH EXHIBITS and SECOND MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER OF CIVIL CONTEMPT AND IN SUPPORT OF SUPPLEMENTAL DISCOVERY ORDER upon:

                        Michael Soshnick
                        190 Willis Avenue, Suite 112
                        Mineola, NY 11501
                        soshnick.law@verizon.net
                        Fax: (516) 294-5465

-2-

by causing to be emailed and faxed true and correct copies thereof to the above-mentioned individual at the above-listed email address and fax number.

        3.      On the 25th day of September, 2007, at approximately 11:00 am, I served the annexed ORDER TO SHOW CAUSE WHY A SUPPLEMENTAL DISCLOSURE ORDER SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC., DECLARATION OF THOMAS J. KAVALER WITH EXHIBITS and SECOND MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER OF CIVIL CONTEMPT AND IN SUPPORT OF SUPPLEMENTAL DISCOVERY ORDER upon:

        National Settlement Agency
        Richard Leff, General Counsel
        10 Park Road
        Short Hills, NJ 07078

by causing to be hand delivered true and correct copies to the above mentioned address and by delivering copies to Federal Express for next business day delivery.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
26th day of September, 2007

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2011