UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,          Case No. 07-CIV-7657

      - against -
                                          AFFIRMATION OF COUNSEL
                                        IN OPPOSITION TO PLAINTIFF'S
NATIONAL SETTLEMENT AGENCY, INC.,        MOTION FOR CONTEMPT
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                             Defendants.
-------------------------------------------------------------------x

        Michael L. Soshnick declares under penalty of perjury pursuant to 28 U.S.C. Section 1746 as follows:

1.      I am the attorney for Steven M. Leff who is one of the defendants in the above-captioned case.

2.      I an submitting this affirmation in opposition to plaintiff's motion for an order to hold Steven M. Leff in civil contempt and for his immediate arrest.

3.      On September 10, 2007, this court entered an order of attachment against National Settlement Agency (NSA) and Steven M. Leff as set forth in Paragraph 4 of the Declaration of Thomas Kavaler in support of plaintiff's instant motion seeking a contempt order against Steven M. Leff.

4.      Although the attachment order was served upon your affirmant's law office by Federal Express, your affirmant did not discuss the attachment order with Steven M. Leff until September 21, 2007.

5.      In truth and in fact, Steven M. Leff was unaware of the requirement that a

financial affidavit needed to be submitted to counsel for the plaintiff by September 19, 2007 until September 21, 2007.

6.     Your affirmant who is a sole practitioner was actively engaged in a criminal jury trial in this district from September 17, 2007 through September 19, 2007 before the Honorable Richard Berman in the case of <u>United States of America v. Jeffrey Musumeci</u>, 07 cr. 402 (RMB).

7.     Upon reviewing the work that accumulated during the trial, I realized for the first time on September 21, 2007 that my client, Steven M. Leff's affidavit was due on September 19, 2007.

8.     Accordingly, I faxed my client's financial affidavit in connection with the Indymac litigation, 07 cv 6865 (LTS), and in a fax cover sheet indicated that if an additional affidavit was required that your affirmant would direct his client to furnish one to counsel for the plaintiff.

9.     A few minutes later, your affirmant's office received a fax indicating that the affidavit was due two (2) days ago and that counsel for the plaintiff had already moved by order to show cause to have Steven M. Leff held in contempt and arrested.

10.     Shortly thereafter, on the cusp of the religious observance and high holiday of Yom Kippur, your affirmant faxed an apology for his lateness in submitting the required affidavit.

11.     In the fax, your affirmant stated: "I want to assure you that the lateness was entirely my fault and, in fairness, should not be attributed to my client. I truly apologize for any inconvenience that I may have caused you. Please feel free to

call me on my cell phone Saturday night or Sunday at 516-633-3121 or on

Monday at my office."

12.    Since Yom Kippur, your affirmant has sent two (2) sworn affidavits signed by my

client, Steven M. Leff, to counsel for the plaintiff.

13.    The most recent affidavit which was sent on September 27, 2007, is attached

hereto and made part hereof as Exhibit A.

14.    Although your affirmant has requested that the instant motion be withdrawn

inasmuch as the required financial information has been provided in a sworn

affidavit, Exhibit A, to counsel for the plaintiff, this request has been denied.

15.    It should be noted that my client, Steven M. Leff, did not intentionally, wilfully or

contemptuously violate the order of this court and that the attached exhibit

evidences his sincere desire to comply with each and every order of this court.

WHEREFORE, it is respectfully requested that the Court deny plaintiff's motion for a

contempt order and the immediate arrest of defendant, Steven M. Leff.

Dated: September 27, 2007

Mineola, New York

Michael L. Soshnick
Attorney for Defendant
190 Willis Avenue
Mineola, New York  1501
(516) 294-1111

**Exhibit A**



MICHAEL L. SOSHNICK
Attorney at Law

190 Willis Avenue
Mineola, New York 11501
(516) 294-1111
(516) 294-5465 Fax

FACSIMILE TRANSMISSION

DATE: September 27, 2007

FROM:  Thomas J. Kavaler, Esq.          FAX NO.  212-269-5420
TO: Cahill Gordon & Reindel LLP         TEL. NO.  212-701-3000

FROM: Michael L. Soshnick, Esq.

SPECIAL INSTRUCTIONS:

RE:  ABN AMRO v. National Settlement Agency, Inc., et al.
     Case No. 07-CIV-7657

        In furtherance of the telephone message that you left with my office earlier today, I am faxing a Supplemental Affidavit of my client Steven M. Leff. Kindly call me on my cell phone at 516-633-3121 in regard to my request that you withdraw your previous order to show cause for contempt.

        Thank you.

TOTAL PAGES INCLUDING COVER PAGE:    8

CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE. THANK YOU.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,

                               Plaintiff,                Case No. 07-CIV-7657

        - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                                Defendants.
----------------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF STEVEN LEFF

Steven M. Leff, being duly sworn, deposes and says:

1.     I am a defendant in the above-captioned proceeding.

2.     I state that to the best of my knowledge and recollection I currently own or

maintain the following bank accounts, investment accounts, investments,

commercial paper, real property, motor vehicle, watercraft or other personal

property with a value in excess of $10,000:

        (a) an account at JP Morgan Chase, Number 091361821256, with a current
        balance of - $2,300,000.00;

        (b) an account at Bridgehampton National Bank, with a balance of
        approximately $350;

        (c) a 2007 Chevrolet Suburban with a lien of approximately $29,000 with
        Chase Bank; and

        (d) a 2007 Suzuki Boulevard (motorcycle) with a lien of approximately
        $11,000 with Suzuki Auto Finance.

3.    I state that to the best of my knowledge and recollection, the only current assets of

the National Settlement Agency (NSA) with a value in excess of $10,000 are two

(2) commercial lease security deposits which are set forth as follows:

      (a)  Security Deposit in the approximate amount of $26,000 held by Vitech
      Inc. (Landlord for 404 Park Avenue, 5th Floor Space); and

      (b)  Security Deposit in the approximate amount of $100,000 held by Sitt
      Asset Management, One Penn Plaza (Landlord for 180 Madison
      Avenue,12th Floor Space).

4.    I further state that the only person with personal knowledge of my assets and

finances is Marty Murray, CPA, 425 Madison Avenue, Ninth Floor, New York,

New York 10017, (212) 644-2100.

5.    As to the request by counsel for plaintiff for a sworn affidavit listing every bank

account, brokerage account, or other investment account, held by your affiant or

NSA (i.e., all accounts in the name of your affiant or NSA, held in trust by or for

your affiant or NSA, and any accounts in which your affiant or NSA has had an

interest) in the last two (2) years, the following is a list of the requested accounts

as to Steven M. Leff or held in trust by or for Steven M. Leff:

      Doral Bank - NY, NY
      Commerce Bank - NY, NY
      Chase Bank - NY, NY
      E-Trade - Stock Trading Account
      UBS Investment Account
      Progressive Federal Credit Union - NY, NY
      Bridgehampton National Bank - Bridgehampton, NY

6.   The following is a list of the requested accounts for which NSA has had an

interest in the last two (2) years:

    Commerce Bank - NY, NY
    Chase Bank - NY, NY

7.   As to the request by counsel for plaintiff for a sworn affidavit listing every stock

or other business or investment interest, brokerage account, or other investment

account, held by your affiant or NSA (i.e., all interests held directly or indirectly,

personally or in trust) in the last two (2) years, other than those interests held via

the accounts listed in accordance with the previous two paragraphs numbered and

designated 5 and 6 of this affidavit, the following is a list of the requested stock or

other business or investment interest held by Steven M. Leff:

    National Settlement Agency
    Fast Track Title Agency
    Global Alumina Stock
    Jand Technologies
    RSSR Trust
    Guardian Bureau

8.   The following is a list of the requested stock or other business or investment

interest for which NSA has had an interest in the last two (2) years:

    None

9.    As to the request by counsel for plaintiff for your affiant to provide registration

and location information for his car and motorcycle described in the "Prior Leff

Affidavit", the following is provided:

> Copies of the registration certificates for the subject vehicles are attached
> hereto and made a part hereof as Exhibit A. The Chevrolet Suburban is
> usually parked in the vicinity of 82nd Street and First Avenue in
> Manhattan, New York. The Suzuki Motorcycle is usually parked at
> 15 Anvil Court East Hampton, New York.

Steven M. Leff

Sworn to before me this
27th day of September, 2007

NOTARY PUBLIC

JOHN LAWRENCE
Notary Public, State of New York
No. 30-4611535
Qualified in Nassau County
Commission Expires June 22, 20__

**Exhibit A**



Keep this document to show to the police and courts.

**NEW YORK STATE REGISTRATION DOCUMENT**

```
MOT
91FZ54
2007 SUZUK  NONTRANSFERABLE
MCY   WH    JS1VY53A972102809
000703 G 2  EN068738 JUN 16 2007
    Wt/Seats   Fuel/Cyl   SMD ACOCB9   83731885
                              Expires 04/30/08
LEFF,STEVEN,M
15 ANVIL CT                        14.00
E HAMPTON        NY 11937
                                 ANNUAL CHG
                          AMT PAID (INCL CHG)
EN068738  VOID IF ALTERED EXCEPT FOR ADDRESS    76.50
```

Keep this document to show to the police and courts.

**NEW YORK STATE REGISTRATION DOCUMENT**

```
PAS
DWS8081
2007 CHEVR  NONTRANSFERABLE
SUBN BK     3GNFK16377G241868
005792 G 8  EL129154 JAN 02 2007
    Wt/Seats   Fuel/Cyl   KRS HRKBB8
                              Expires 01/01/09
LEFF,STEVEN,M                   *NYMA*
404 PARK AVE S 5TH F               45.00
NEW YORK         NY 10016
                                 ANNUAL CHG
                          AMT PAID (INCL CHG)
EL129154  VOID IF ALTERED EXCEPT FOR ADDRESS    190.00
```

## Other Answers
1:07-cv-07657-LTS ABN Amro Mortgage Group, Inc. v. National Settlement Agency, Inc. et al
ECF, RELATED

### U.S. District Court

### United States District Court for the Southern District of New York

### Notice of Electronic Filing

The following transaction was entered by Soshnick, Michael on 9/27/2007 at 5:02 PM EDT and filed on 9/27/2007

**Case Name:**      ABN Amro Mortgage Group, Inc. v. National Settlement Agency, Inc. et al
**Case Number:**    1:07-cv-7657
**Filer:**          Steven M. Leff
**Document Number:** 24

**Docket Text:**
AFFIRMATION of Michael L Soshnick in Opposition re: [20] Declaration, [21] Memorandum of Law in Support, [19] Order to Show Cause,. Document filed by Steven M. Leff. (Soshnick, Michael)


**1:07-cv-7657 Notice has been electronically mailed to:**

Jonathan B. Bruno      jbruno@kbrlaw.com

Thomas J Kavaler      tkavaler@cahill.com, MMcLoughlin@cahill.com

David Noel Kelley      dkelley@cahill.com

**1:07-cv-7657 Notice has been delivered by other means to:**

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1008691343 [Date=9/27/2007] [FileNumber=3846969-0
] [b625a5812eeabfcd6b307d79abcb4e62a3f3a647477ef9c4d8d165be0713ec86bb3
bee29d4d9ad8085dc1866ae2fbff0d88b47f39d41f00bb522df8a80991247]]

Case No. 07-CIV-7657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

                         Plaintiff,

        - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                         Defendants.

AFFIRMATION OF COUNSEL IN OPPOSITION
TO PLAINTIFF'S MOTION FOR CONTEMPT

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK  11501
(516) 294-1111