ORIGINAL

Thomas J. Kavaler
David N. Kelley
CAHILL GORDON & REINDEL LLP
80 Pine Street
New York, New York 10005
(212) 701-3000



*Attorneys for Plaintiffs ABN AMRO Mortgage Group, Inc.*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC.,<br><br>                          Plaintiff,<br><br>                  *- against -*<br><br>NATIONAL SETTLEMENT AGENCY, INC.,<br>STEVEN M. LEFF, RACHEL M. LEFF AND<br>RICHARD A. LEFF,<br><br>                          Defendants. | Case No. 07-CIV-7657 (LTS)<br><br>**ORDER TO SHOW CAUSE WHY A SECOND SUPPLEMENTAL DISCLOSURE ORDER SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC.** |

Upon the Declaration of Thomas J. Kavaler dated September 21, 2007 and the

exhibits attached thereto, the Further Declaration of Thomas J. Kavaler dated September 23,

2007 and the exhibits attached thereto, the Third Declaration of Thomas J. Kavaler dated Sep-

tember 28, 2007 (the "Third Declaration") and the exhibits attached thereto, the Memorandum

of Law in support of this Order to Show cause dated September 21, 2007, the Second Memo-

randum of Law in support of this Order to Show Cause dated September 23, 2007 and the

Third Memorandum of Law in support of this Order to Show Cause dated September 28,

2007, and sufficient cause appearing therefor, it is hereby:

**ORDERED** that Plaintiffs show cause before the Honorable Laura Taylor

Swain, a Judge of the United States District Court for the Southern District of New York, at

the United States Courthouse, 500 Pearl Street, New York, New York, on the 9th day of

October, 2007, at 4:30 p.m., or as soon thereafter as counsel may be heard, why a order

should not be entered

a) ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with an affidavit, sworn by him, listing every bank account, brokerage account, or other investment account, by institution name and account number, held by Defendant Steven M. Leff or NSA (including all accounts in the name of Steven M. Leff or NSA, held in trust by or for Steven M. Leff or NSA, and any accounts in which Steven M. Leff or NSA has had an interest) in the last two years,

b) ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with an affidavit, sworn by him, listing every stock or other business or investment interest held directly or indirectly, personally or in trust by Defendant Steven M. Leff or NSA in the last two years, other than those interests held via the accounts listed in accordance with section (a) of this order,

c) ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with the registration and location information for his car and motorcycle described in the August 20 Leff Affidavit (as defined in the Third Declaration) so that they may be attached forthwith,

d) ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with credit card and bank records for any accounts held by him or NSA or for him or NSA, personally or in trust, directly or indirectly through any type of entity (including all accounts in the name of Steven M. Leff or NSA, held in trust by or for Steven M. Leff or NSA, and any accounts in which Steven M. Leff or NSA has had an interest), for the last two years,

e) ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with a detailed, sworn account of all of his travel anywhere outside of New York, New Jersey and Connecticut over the last two years,

2

and allow Plaintiff's counsel to inspect any and all passports held by Steven M. Leff to verify his travel,

f)   ordering Defendant Steven M. Leff to provide counsel to Plaintiff AAMG with a detailed, sworn account of what happened to the funds wired into NSA's escrow accounts as specified in the complaints of the Related Cases (as defined in the Third Declaration); including his account of all persons involved directly and tangentially, all bank accounts used and all travel related to the movement of these funds,

g)   ordering that the disclosures above shall be made immediately,

h)   ordering Defendant Steven M. Leff and his counsel Michael Soshnick to submit to depositions by Plaintiff AAMG's counsel, and

i)   ordering that the duties created under this order shall not be discharged until the truth of any statements made pursuant to this or any prior order of the Court in this case has been verified by Plaintiff, and that any contempt pursuant to this or any prior order of the Court in this case shall not be purged until the truth of any sworn statements purporting to purge such contempt has been verified by Plaintiff.

and it is further

**ORDERED** that personal, electronic, or fax service of a copy of this Order and the papers upon which it was granted be made on Defendant NSA and the attorney of record for Defendant Steven M. Leff on or before _____ on September ___, 2007.

Dated: New York, New York
        September **28**, 2007

_____
UNITED STATES DISTRICT JUDGE

Receipt of a copy of this
Order to Show Cause is hereby
acknowledged on 9/28/07 by
Michael J. Soshnick