UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC., <br><br>                                          Plaintiff, <br><br> - against - <br><br> NATIONAL SETTLEMENT AGENCY, INC., STEVEN M. LEFF, RACHEL M. LEFF AND RICHARD A. LEFF, <br><br>                                          Defendants. | Case No. 07-CIV-7657 <br><br> **(PROPOSED) ORDER OF CIVIL CONTEMPT** <br><br> **AS AGAINST DEFENDANT RACHEL M. LEFF** |

Upon the Order to Show Cause of Plaintiff ABN AMRO Mortgage Group Inc. ("AAMG") dated September ____, 2007, the Declaration of David N. Kelley dated September 26, 2007, and the exhibits attached thereto, and the Memorandum of Law in support of this Order to Show cause dated September 26, 2007, and due deliberation being had thereon;

And the Court by the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, having entered an Order of Attachment, Preliminary Injunction, and Order Allowing Expedited Discovery (the "Order of Attachment") against Defendants Steven M. Leff and National Settlement Agency, Inc. ("NSA"), dated September 10, 2007 ordering that

> on or before September 21, 2007, Defendant Rachel M. Leff shall provide counsel to Plaintiff a sworn affidavit (1) enumerating in detail all of Defendant Rachel M. Leff's assets, including each and every bank account, investment interest, investment account, investment, commercial paper, parcel of property, motor vehicle, watercraft, or other personal property of $10,000 of value or more, whether held

personally or in trust, and the location and garnishee of each and (2) listing all persons, including accountants and financial advisors, with personal knowledge of any Defendant's assets and finances,

the affidavit described above being known hereinafter as the "Affidavit of Assets";

And Plaintiff having filed an Amended Complaint on September 14, 2007, and having filed the Order to Show Cause on September ___, 2007 requiring Defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff (collectively, "Defendants") to show cause why an order should not issue:

    (a)    holding Defendant Rachel M. Leff in civil contempt of this Court's September 10, 2007 Order Of Attachment, Preliminary Injunction, and Order Allowing Expedited Discovery as against Defendant Rachel M. Leff;

    (b)    ordering Defendant Rachel M. Leff to repatriate to the state of New York all of her major assets, defined to include:

- all cash or other liquid assets,
- all bank, brokerage and investment accounts held directly or indirectly, personally or in trust
- all business and investment interests held directly or indirectly, personally or in trust
- all personalty originally purchased for $1000 or more or having an estimated resale value of $500 or more.

All personalty shall be shipped directly to the U.S. Marshall for the Southern District of New York to be held pending judgment in this case;

    (c)    ordering that Defendant Rachel M. Leff shall, until judgment is rendered in this case or this order is revoked, provide to Plaintiff's counsel on or before the tenth day of each calendar month an account of her income and expenses and transfers of any kind for the prior calendar month, including any income, expenses, transfers of assets or gifts-in-kind of $50 or greater value. Income or expenses or transfers from or to any given person on any given day shall be aggregated for the purposes of determining whether they constitute one or multiple items. Each statement shall be signed by Defendant Rachel M. Leff and notarized; and

    (d)    ordering that Defendant Rachel M. Leff shall provide to Plaintiff's counsel on or before _____, 2007

- all bank account and credit card statements from February 2007 to the present for cards that she used and/or accounts on which she had any signing authority from February 2007 to the present,
- all income, expenditures and transfers, including in-kind transfers, of value in excess of $1000, made from February 2007 to the present. Income or expenses or transfers for any given calendar week (Sunday to Saturday) shall be aggregated for the purposes of determining whether they constitute one or many transfers

And Plaintiff AAMG and Defendants _____ having appeared before this Court on September ____, 2007;

And the Court having determined that, by reason of her failure to provide the Affidavit of Assets by the date required by the Order of Attachment, Defendant Rachel M. Leff is in contempt of the Order of Attachment; it is

ORDERED that, the application for an Order holding Defendant Rachel M. Leff in contempt of the Order of Attachment is GRANTED; and it is further

ORDERED that, to purge herself of such contempt, she shall FORTHWITH provide the Affidavit of Assets as required by the Order of Attachment to Plaintiff and its counsel; and it is further

ORDERED that Defendant Rachel M. Leff shall repatriate to the state of New York all of her major assets, defined to include:

- all cash or other liquid assets,
- all bank, brokerage and investment accounts held directly or indirectly, personally or in trust

- all business and investment interests held directly or indirectly, personally or in trust
- all personalty originally purchased for $1000 or more or having an estimated re-sale value of $500 or more.

All personalty and signed pledges of any business or investment interests shall be shipped directly to the U.S. Marshall for the Southern District of New York to be held pending judgment in this case; and it is further

ORDERED that Defendant Rachel M. Leff shall, until judgment is rendered in this case or this order is revoked, provide to Plaintiff's counsel on or before the tenth day of each calendar month an account of her income and expenses and transfers of any kind for the prior calendar month, including any income, expenses, transfers of assets or gifts-in-kind of $50 or greater value. Income or expenses or transfers from or to any given person on any given day shall be aggregated for the purposes of determining whether they constitute one or multiple items. Each statement shall be signed by Defendant Rachel M. Leff and notarized; and it is further

-5-

ORDERED that Defendant Rachel M. Leff shall provide to Plaintiff's counsel on or before _____, 2007

- all bank account and credit card statements from February 2007 to the present for cards that she used and/or accounts on which she had any signing authority from February 2007 to the present,
- all income, expenditures and transfers, including in-kind transfers, of value in excess of $1000, made from February 2007 to the present. Income or expenses or transfers for any given calendar week (Sunday to Saturday) shall be aggregated for the purposes of determining whether they constitute one or many transfers.

Dated: New York, New York
       September \_\_\_\_\_, 2007

_____
United States District Judge