UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                        Plaintiff,

- *against* -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                        Defendants.

Case No. 07-CIV-7657(LTS)

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                             : ss.:
COUNTY OF NEW YORK  )

      MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1.     I am over the age of 18 years and not a party to this action.

2.     On the 28th day of September, 2007, at approximately 11:00 am, I served the ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE AS AGAINST RACHEL M. LEFF, DECLARATION OF DAVID N. KELLEY WITH EXHIBITS and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER TO SHOW CAUSE WHY AN ORDER OF CIVIL CONTEMPT SHOULD NOT ISSUE AS AGAINST RACHEL M. LEFF upon:

                      Lawrence Morrison, Esq.
                      220 East 72nd Street, 25th Floor
                      New York, NY 10021

-2-

by causing to be hand delivered true and correct copies thereof to offices of the above mentioned attorney.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
1st day of October, 2007

_____
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010