UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

- *against* -

NATIONAL SETTLEMENT AGENCY, INC., STEVEN M. LEFF, RACHEL M. LEFF, AND RICHARD A. LEFF,

                            Defendants.

Case No. 07-CV-7657

---

### AFFIDAVIT OF MAURA MCLOUGHLIN

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK )

MAURA McLOUGHLIN, being first duly sworn, deposes and says:

1. I am the Managing Attorney for Cahill Gordon & Reindel LLP, counsel to Plaintiff ABN AMRO Mortgage Group, Inc. ("AAMG") in this matter. On September 27, 2007, I spoke with Eric Newman in the Court Orders and Levies Department of JPMorgan Chase in an attempt to confirm the funds in the JPMorgan Chase accounts attached by the United States Marshal for the Southern District of New York (the "U.S. Marshal").

2. Mr. Newman informed me that he could find no record of the JPMorgan Chase account numbered 091361821256, disclosed in Steven M. Leff's September 25, 2007 affidavit and his subsequent September 27, 2007 affidavit. However Mr. Newman did inform me that an account numbered 91361821**65** (emphasis added) had a hold placed on it on August 9, 2007, with further holds placed on it on September 17 and September 20 of this year. He told me that on Au-

gust 9, 2007 the account contained $84.64. Due to various bank charges the funds in that account, as of the date of this affidavit, had been depleted to $34.85. At my request Mr. Newman reviewed the records on this account going back to June of this year and informed me that at no time was there even close to $2,000,000.00 in the account. This account has been attached by the U.S. Marshal on behalf of AAMG.

3.   Mr. Newman further informed me of the following:

The JPMorgan Chase account bearing the number 26090898165 had a hold placed on it on August 9, 2007, at which time it contained $111.81.

The JPMorgan Chase account bearing the number 91402335266 had a hold placed on it on August 9, 2007 at which time it contained $0.01.

The JPMorgan Chase account bearing the number 987096757765 had a hold placed on it August 9, 2007 at which time it contained $678.19. The account was closed on September 20, 2007 with a check being cut for the remaining funds. Mr. Newman was unable to tell me how the funds were removed despite the hold on the account nor could he tell me to whom the check was made payable.

The JPMorgan Chase account bearing the number 904-613917 had a hold placed on it on August 9, 2007 at which time the balance in the account was zero.

The JPMorgan Chase account bearing the number 000000740084702 had a hold placed on it on August 9, 2007 and subsequent holds placed on it on September 17, 2007 and September 20, 2007. At all times the balance in the account was zero. This account has been attached by the U.S. Marshal on behalf of AAMG.

4.  On information and belief, no other bank accounts have been attached by the U.S. Marshal on behalf of AAMG.

*/s/ Maura McLoughlin*
MAURA McLOUGHLIN

Sworn to before me this
28th day of September, 2007.

*/s/ Nicholas J. Marcantonio*
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010