


MICHAEL L. SOSHNICK
Attorney at Law

190 Willis Avenue
Mineola, New York 11501
(516) 294-1111
(516) 294-5465 Fax

FACSIMILE TRANSMISSION

DATE: September 25, 2007

FROM: Thomas J. Kavaler, Esq.         FAX NO. 212-269-5420
TO: Cahill Gordon & Reindel LLP       TEL. NO. 212-701-3000

FROM: Michael L. Soshnick, Esq.

SPECIAL INSTRUCTIONS:

    RE:  ABN AMRO v. National Settlement Agency, Inc., et al.
       Case No. 07-CIV-7657

In furtherance of our telephone conversation yesterday, I am faxing the Affidavit of my client Steven M. Leff. Kindly call me on my cell phone at 516-633-3121 in regard to my request that you withdraw your previous order to show cause for contempt.

Thank you.

TOTAL PAGES INCLUDING COVER PAGE: 3

### CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE. THANK YOU.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,

                          Plaintiff,          Case No. 07-CIV-7657

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                          Defendants.
-----------------------------------------------------------x

### AFFIDAVIT OF STEVEN LEFF

Steven M. Leff, being duly sworn, deposes and says:

1. I am a defendant in the above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000:

(a) an account at JP Morgan Chase, Number 091361821256, with a current balance of - $2,300,000.00;

(b) an account at Bridgehampton National Bank, with a balance of approximately $350;

(c) a 2007 Chevrolet Suburban with a lien of approximately $29,000 with Chase Bank; and

(d) a 2007 Suzuki Boulevard (motorcycle) with a lien of approximately $11,000 with Suzuki Auto Finance.

3. I further state that the only person with personal knowledge of my assets and finances is Marty Murray, CPA, 425 Madison Avenue, Ninth Floor, New York, New York 10017, (212) 644-2100.

_____
Steven M. Le[...]

Sworn to before me this
25th day of September, 2007

_____
NOTARY PUBLIC

JOHN LAWRENCE
Notary Public, State of New York
No. 30-4611535
Qualified in Nassau County
Commission Expires June 22, 20 10