


## MICHAEL L. SOSHNICK
Attorney at Law

190 Willis Avenue
Mineola, New York  11501
(516) 294-1111
(516) 294-5465 Fax

### FACSIMILE TRANSMISSION

DATE: September 27, 2007

FROM: Thomas J. Kavaler, Esq.          FAX NO. 212-269-5420
TO: Cahill Gordon & Reindel LLP        TEL. NO. 212-701-3000

FROM: Michael L. Soshnick, Esq.

SPECIAL INSTRUCTIONS:

RE: ABN AMRO v. National Settlement Agency, Inc., et al.
    Case No. 07-CIV-7657

In furtherance of the telephone message that you left with my office earlier today, I am faxing a Supplemental Affidavit of my client Steven M. Leff. Kindly call me on my cell phone at 516-633-3121 in regard to my request that you withdraw your previous order to show cause for contempt.

Thank you.

TOTAL PAGES INCLUDING COVER PAGE:  __8__

### CONFIDENTIAL COMMUNICATION

THIS TRANSMISSION IS INTENDED ONLY FOR THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED, AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL AND EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. IF THE READER OF THIS COMMUNICATION IS NOT THE INTENDED RECIPIENT, OR ITS EMPLOYEE OR AGENT RESPONSIBLE FOR DELIVERING THE COMMUNICATION TO THE INTENDED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE SENDER IMMEDIATELY BY TELEPHONE AND RETURN THE ORIGINAL COMMUNICATION TO US AT THE ABOVE ADDRESS BY THE U.S. POSTAL SERVICE. THANK YOU.

09/27/2007 01:04    516-294-5465    MICHAEL SOSHNICK ATY    PAGE 02/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,        Case No. 07-CIV-7657

     - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                              Defendants.
-----------------------------------------------------------x

## SUPPLEMENTAL AFFIDAVIT OF STEVEN LEFF

Steven M. Leff, being duly sworn, deposes and says:

1. I am a defendant in the above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000:

    (a) an account at JP Morgan Chase, Number 091361821256, with a current balance of - $2,300,000.00;

    (b) an account at Bridgehampton National Bank, with a balance of approximately $350;

    (c) a 2007 Chevrolet Suburban with a lien of approximately $29,000 with Chase Bank; and

    (d) a 2007 Suzuki Boulevard (motorcycle) with a lien of approximately $11,000 with Suzuki Auto Finance.

3. I state that to the best of my knowledge and recollection, the only current assets of the National Settlement Agency (NSA) with a value in excess of $10,000 are two (2) commercial lease security deposits which are set forth as follows:

   (a) Security Deposit in the approximate amount of $26,000 held by Vitech Inc. (Landlord for 404 Park Avenue, 5th Floor Space); and

   (b) Security Deposit in the approximate amount of $100,000 held by Sitt Asset Management, One Penn Plaza (Landlord for 180 Madison Avenue, 12th Floor Space).

4. I further state that the only person with personal knowledge of my assets and finances is Marty Murray, CPA, 425 Madison Avenue, Ninth Floor, New York, New York 10017, (212) 644-2100.

5. As to the request by counsel for plaintiff for a sworn affidavit listing every bank account, brokerage account, or other investment account, held by your affiant or NSA (i.e., all accounts in the name of your affiant or NSA, held in trust by or for your affiant or NSA, and any accounts in which your affiant or NSA has had an interest) in the last two (2) years, the following is a list of the requested accounts as to Steven M. Leff or held in trust by or for Steven M. Leff:

   Doral Bank - NY, NY
   Commerce Bank - NY, NY
   Chase Bank - NY, NY
   E-Trade - Stock Trading Account
   UBS Investment Account
   Progressive Federal Credit Union - NY, NY
   Bridgehampton National Bank - Bridgehampton, NY

6. The following is a list of the requested accounts for which NSA has had an interest in the last two (2) years:

> Commerce Bank - NY, NY
> Chase Bank - NY, NY

7. As to the request by counsel for plaintiff for a sworn affidavit listing every stock or other business or investment interest, brokerage account, or other investment account, held by your affiant or NSA (i.e., all interests held directly or indirectly, personally or in trust) in the last two (2) years, other than those interests held via the accounts listed in accordance with the previous two paragraphs numbered and designated 5 and 6 of this affidavit, the following is a list of the requested stock or other business or investment interest held by Steven M. Leff:

> National Settlement Agency
> Fast Track Title Agency
> Global Alumina Stock
> Jand Technologies
> RSSR Trust
> Guardian Bureau

8. The following is a list of the requested stock or other business or investment interest for which NSA has had an interest in the last two (2) years:

> None

9.     As to the request by counsel for plaintiff for your affiant to provide registration and location information for his car and motorcycle described in the "Prior Leff Affidavit", the following is provided:

> Copies of the registration certificates for the subject vehicles are attached hereto and made a part hereof as Exhibit A. The Chevrolet Suburban is usually parked in the vicinity of 82nd Street and First Avenue in Manhattan, New York. The Suzuki Motorcycle is usually parked at 15 Anvil Court East Hampton, New York.

Steven M. Leff

Sworn to before me this
27th day of September, 2007

_____
NOTARY PUBLIC

JOHN LAWRENCE
Notary Public, State of New York
No. 80-4611535
Qualified in Nassau County
Commission Expires June 22, 20__

Case 1:07-cv-07657-LTS-GWG   Document 41-3   Filed 10/02/2007   Page 6 of 8
09/27/2007  01:04   516-294-5465   MICHAEL SOSHNICK ATY   PAGE  06/08

**Exhibit A**

Received  Sep-27-07  01:30pm   From-516 294 5465   To-04 Cahill Gordon & R   Page  006

**Keep this document to show to the police and courts.**

**NEW YORK STATE REGISTRATION DOCUMENT**

```
MOT
91FZ54
2007 SUZUK      NONTRANSFERABLE
MCY  WH         JS1VY53A972102809
000703 G 2      EN068738 JUN 16 2007
   W/USeats Fuel/Cyl    SMD ACOCB9    83731885
                                Expires 04/30/08
LEFF, STEVEN, M
15 ANVIL CT                           14.00
E HAMPTON           NY 11937
                                ANNUAL/LIFE
                                AMT PAID (INCL. ASK CHG)
EN068738  VOID IF ALTERED EXCEPT FOR ADDRESS   76.50
```

**Keep this document to show to the police and courts.**

**NEW YORK STATE REGISTRATION DOCUMENT**

```
PAS
DWS8081
2007 CHEVR      NONTRANSFERABLE
SUBN BK         3GNFK16377G241868
005792 G 8      EL129154 JAN 02 2007
   W/USeats Fuel/Cyl    KRS HRKBB8
                                Expires 01/01/09
                                *NYMA*
LEFF, STEVEN, M                       45.00
404 PARK AVE S 5TH F
NEW YORK            NY 10016
                                ANNUAL/LIFE
                                AMT PAID (INCL. ASK CHG)
EL129154  VOID IF ALTERED EXCEPT FOR ADDRESS   190.00
```

Case No. 07-CIV-7657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

        Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

        Defendants.

---

## SUPPLEMENTAL AFFIDAVIT OF STEVEN LEFF

---

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501
(516) 294-1111