UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ABN AMRO MORTGAGE GROUP, INC.,

                                Plaintiff,               Case No. 07-CIV-7657

- against -

NATIONAL SETTLEMENT AGENCY, INC.,        NOTICE OF APPEARANCE
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                              Defendants.
----------------------------------------------------------X

*PLEASE TAKE NOTICE*, that the defendant, Steven M. Leff, hereby appears in the above-entitled action, and that the undersigned has been retained as attorney for said defendant and demands that all papers in this action be served upon the undersigned at the office address stated below.

Dated: Mineola, New York
       September 28, 2007

                                          Michael L. Soshnick
                                          Attorney for Defendant
                                          190 Willis Avenue
                                          Suite 112
                                          Mineola, New York 11501
                                          (516) 294-1111

Case No. 07-CIV-7657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

            Plaintiff,

  against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

           Defendants.

---

NOTICE OF APPEARANCE

---

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501
(516) 294-1111
Fax: (516) 294-5465