UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                                Plaintiff,

                - *against* -

NATIONAL SETTLEMENT AGENCY INC., ET AL.,

                               Defendants.

07cv7657 (LTS)

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                               : ss.:
COUNTY OF NEW YORK  )

        MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

        1.    I am over the age of 18 years and not a party to this action.

        2.    On the 1st day of October, 2007 I served the ORDER TO SHOW CAUSE WHY A SECOND SUPPLEMENTAL DISCLOSURE ORDER SHOULD NOT ISSUE AS AGAINST DEFENDANTS STEVEN M. LEFF AND NATIONAL SETTLEMENT AGENCY, INC., AFFIDAVIT OF MAURA MCLOUGHLIN, AFFIDAVIT OF DAVID N. KELLEY WITH ATTACHMENTS, and THIRD MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR AN ORDER OF CIVIL CONTEMPT AND IN SUPPORT OF SUPPLEMENTAL DISCLOSURE ORDER upon:

                        National Settlement Agency
                        Richard Leff, General Counsel
                        10 Park Road
                        Short Hills, NJ 07078

-2-

by Federal Express, next business day delivery..

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
2nd day of October, 2007

_____
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010