UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

    *against* -

NATIONAL SETTLEMENT AGENCY INC, ET AL.,

                            Defendants.

07cv7657(LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                            : ss.:
COUNTY OF NEW YORK  )

      MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

      1.    I am over the age of 18 years and not a party to this action.

      2.    On the 13th day of September, 2007 I served the SUMMONS, COMPLAINT, ORDER TO SHOW CAUSE FOR ORDER OF ATTACHMENT, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER OF ATTACHMENT, and INITIAL CONFERENCE ORDER upon:

                          Jonathan B. Bruno, Esq.
                          Kaufman Borgeest & Ryan
                          9 Park Avenue, 19th Floor
                          New York, NY 10016

-2-

by Federal Express, next business day delivery..

                                          _____
                                                MAURA A. MCLOUGHLIN

Sworn to before me this
14th day of September, 2007

_____
          Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010