UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY INC., ET AL.,,

                              Defendants.

07cv7657(LTS)

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                              : ss.:
COUNTY OF NEW YORK  )

        MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

        1.    I am over the age of 18 years and not a party to this action.

        2.    On the 13th day of September, 2007 I served the SUMMONS, COMPLAINT, ORDER TO SHOW CAUSE FOR ORDER OF ATTACHMENT, MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER OF ATTACHMENT, ORDER OF ATTACHMENT AS AGAINST DEFENDANTS STEVEN LEFF AND NATIONAL SETTLEMENT AGENCY, INC. and INITIAL CONFERENCE ORDER upon:

                              Michael Soshnick
                              190 Willis Avenue, Suite 112
                              Mineola, New York 11501

                              National Settlement Agency
                              Richard Leff, General Counsel
                              10 Park Road
                              Short Hills, NJ 07078

-2-

by Federal Express, next business day delivery..

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
14th day of September, 2007

_____
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010