UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMBRO MORTGAGE GROUP, INC.,

        Plaintiff,

    -against-

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

        Defendants.

Case No. 07 CIV 7657 (LTS)

### AFFIDAVIT OF RACHEL LEFF

STATE OF FLORIDA    )
                              ) ss.:
COUNTY OF            )

Rachel Leff, being duly sworn, deposes and says:

1. I am a defendant in above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000:

    a) Account number 063113772:8601655370 at Mercantile bank in Aventura Florida with a balance of $3,479.00

    b) I own a home at 15 Anvil Court East Hampton NY with an appraised value of 1,525,000.00. To the best of my knowledge as of March 26, 2007, there was a Chase home Equity Line Acct #004492191 76923 in the sum of $249,673.00 and a 30 year conventional mortgage held by Option One mortgage (Acct No 0021244686) with a balance of $1,190,671.00.

    c) I own a 2006 CLS55 Mercedes with an estimated value of between $58,000 to $60,000.00. There is a bank loan in the sum of $23,721.12 outstanding at this time.

3. I further state that the only person with personal knowledge of my assets and finances is Defendant Steven Leff.

_____
Rachel Leff

Sworn to before me this 03
day of October, 2007

_____
Notary Public

My Commission expires: 6/6/11

NOTARY PUBLIC-STATE OF FLORIDA
Connie L. Mayer
Commission # DD682658
Expires: JUNE 06, 2011
BONDED THRU ATLANTIC BONDING CO, INC.

State of Florida County of __BROWARD__
The foregoing instrument was acknowledged before me this 03 day of OCTOBER, 2007.
by __RACHEL LEFF__
who is personally known to me or who has produced
__NYDL S11-008-904__ as identification.

_____, Notary Public

2