# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, N.Y. 10005-1702

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: OCT 0 5 2007

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | KENNETH W. ORCE | MICHAEL B. WEISS |
| L. HOWARD ADAMS | STEPHEN A. GREENE | FACSIMILE: (212) 269-5420 | DAVID R. OWEN | S. PENNY WINDLE |
| ROBERT A. ALESSI | ROBERT M. HALLMAN | | JOHN PAPACHRISTOS | COREY WRIGHT |
| ROGER ANDRUS | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | LUIS R. PENALVER | DANIEL J. ZUBKOFF |
| HELENE R. BANKS | CRAIG M. HOROWITZ | WASHINGTON, D.C. 20006-1181 | ROY L. REGOZIN | ADAM ZUROFSKY |
| MICHAEL A. BECKER | DOUGLAS S. HOROWITZ | (202) 862-8900 | DEAN RINGEL | |
| LANDIS C. BEST | DAVID G. JANUSZEWSKI | FAX: (202) 862-8958 | JAMES ROBINSON | |
| GARY A. BROOKS | ELAI KATZ | | THORN ROSENTHAL | SENIOR COUNSEL |
| SUSAN BUCKLEY | THOMAS J. KAVALER | | JONATHAN A. SCHAFFZIN | LAWRENCE A. KOBRIN |
| KEVIN J. BURKE | DAVID N. KELLEY | AUGUSTINE HOUSE | JOHN SCHUSTER | IMMANUEL KOHN |
| JAMES J. CLARK | EDWARD P. KRUGMAN | 6A AUSTIN FRIARS | MICHAEL A. SHERMAN | DONALD J. MULVIHILL |
| BENJAMIN J. COHEN | JOEL KURTZBERG | LONDON, ENGLAND EC2N 2HA | DARREN SILVER | |
| CHRISTOPHER T. COX | ALIZA R. LEVINE | (011) 44.20.7920.9800 | HOWARD G. SLOANE | |
| W. LESLIE DUFFY | GEOFFREY E. LIEBMANN | FAX: (011) 44.20.7920.9825 | LAURENCE T. SORKIN | COUNSEL |
| ADAM M. DWORKIN | MICHAEL MACRIS | | LEONARD A. SPIVAK | JAY GEIGER |
| RICHARD E. FARLEY | ANN S. MAKICH | | SUSANNA M. SUH | RAND McQUINN* |
| PATRICIA FARREN | JONATHAN I. MARK | WRITER'S DIRECT NUMBER | GERALD S. TANENBAUM | |
| JOAN MURTAGH FRANKEL | GERARD M. MEISTRELL | | JONATHAN D. THIER | |
| JONATHAN J. FRANKEL | MICHAEL E. MICHETTI | (212) 701-3050 | JOHN A. TRIPODORO | *ADMITTED IN |
| BART FRIEDMAN | WILLIAM J. MILLER | | ROBERT USADI | DC, TX, VA ONLY |
| CIRO A. GAMBONI | ATHY A. MOBILIA | | GEORGE WAILAND | |
| WILLIAM B. GANNETT | NOAH B. NEWITZ | | | |

October 4, 2007

Re: <u>ABN AMRO Mortgage Group v. Rachel Leff</u>

07 civ 7657 (LTS)

Dear Judge Swain:

Plaintiff ABN AMRO respectfully submits this letter with the consent of the defendant, Rachel Leff, to adjourn the Order to Show Cause hearing that is scheduled for tomorrow, October 5, 2007 until Tuesday, October 9.

On October 3 and 4, defendant Rachel Leff submitted an affidavit and supplemental affidavit, respectively, in response to the court's September 10, 2007 Order of Attachment. In light of the submissions by the defendant, counsel have agreed that it would be in the best interest of the case and judicial economy, to adjourn tomorrow's hearing until October 9th at 4:15 p.m. at which time the court already has scheduled another hearing in this matter.

Accordingly, we respectfully request the adjournment as set forth herein.

Respectfully submitted,

David N. Kelley

Hon. Laura Taylor Swain
U.S. District Judge
Southern District of New York
500 Pearl Streeet
New York, NY 10007

cc: Lawrence Morrison, Esq.

BY FACSIMILE

Copies mailed faxed to counsel for
Chambers of Judge Swain ABN AMRO
Mr. Morrison's fax # on ECF                   Steven Leff
did not work. Left msg.                        Richard Leff

Request GRANTED. The Order to Show Cause hearing scheduled in this matter is adjourned until 10-9-07 at 4:15 p.m.

SO ORDERED:
10-4-07
DATE      VICTOR MARRERO, U.S.D.J.