UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
ABN AMRO MORTGAGE GROUP, INC.,

                        Plaintiff,         07cv07657 (LTS)

    - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                        Defendants.
---------------------------------------------------------------X

STATE OF NEW YORK   )
                           : ss.:
COUNTY OF NASSAU  )

    KELLY DIMAIO, being duly sworn, deposes and says:

    I am over the age of 18 years and not a party to this action. On the 3rd day of October, 2007, I served the Supplemental Affidavit of Steven Leff upon:

    Thomas J. Kavaler, Esq.
    Cahill Gordon & Reindel LLP
    Eighty Pine Street
    New York, New York 10005-1702

by Federal Express, next business day delivery.

                                            _/s/ Kelly DiMaio_
                                            KELLY DIMAIO

Sworn to before me this
5th day of October, 2007

_/s/ John Lawrence_
NOTARY PUBLIC

    JOHN LAWRENCE
Notary Public, State of New York
     No. 30-4611535
  Qualified in Nassau County
Commission Expires June 22, 20__

Case No. 07-CIV-7657

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                Defendants.

---

### AFFIDAVIT OF SERVICE

---

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK 11501
(516) 294-1111