UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMBRO MORTGAGE GROUP, INC.,

             Plaintiff,

-against-

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

             Defendants.

Case No. 07 CIV 7657 (LTS)

CASE #07-7657

## SUPPLEMENTAL AFFIDAVIT OF RACHEL LEFF

STATE OF FLORIDA    )
                            ) ss.:
COUNTY OF            )

    Rachel Leff, being duly sworn, deposes and says:

1. I am a defendant in above-captioned proceeding.

2. I state that to the best of my knowledge and recollection I currently own or maintain the following bank accounts, investment accounts, investments, commercial paper, real property, motor vehicle, watercraft or other personal property with a value in excess of $10,000:

a) Account number 063113772:8601655370 at Mercantile bank in Aventura Florida with a balance of $3,479.00. I had given $25,000.00 to my mother who has been paying my bills during the course of my divorce. I owed her money for ordinary living expenses. I believed this was an ordinary expense. This was not an intentional violation of the court Order. I did not know the legal consequence of what I was doing. On September 10, 2007 I had just left a hearing where I had to give up joint custody of my children because of my suicide attempts. I was rattled and confused. I am currently medicated because of my highs and lows. I have spoken to my mother who will turn over the funds immediately. I will turn them over to be held in my attorney Lawrence Morrison's escrow account until further Order of the court. I did not seek legal advice before doing this. I will not do anything further without consulting my attorney first.

b) I own a home at 15 Anvil Court East Hampton NY with an appraised value of 1,525,000.00. To the best of my knowledge as of March 26, 2007, there was a Chase home Equity Line Acct #004492191776923 in the sum of $249,673.00 and a 30 year conventional mortgage held by Option One mortgage (Acct No 0021244686) with a balance of $1,190,671.00.

c) I own a 2006 CLS55 Mercedes with an estimated value of between $58,000 to $60,000.00. There is a bank loan in the sum of $23,721.12 outstanding at this time.

_____
Rachel Leff

Sworn to before me this 4 TH
day of October, 2007

_____
Notary Public

My Commission expires:



LUIS F. YEPEZ
Notary Public - State of Florida
My Commission Expires Sep 5, 2008
Commission # DD 318323
Bonded By National Notary Assn.