UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMBRO MORTGAGE GROUP, INC.,

        Plaintiff,

    -against-                                              Case No. 07 CIV 7657 (LTS)

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

        Defendants.

### AFFIDAVIT OF RACHEL LEFF

STATE OF FLORIDA    )
                               ) ss.:
COUNTY OF              )

RACHEL LEFF being duly sworn, deposes and says:

1. I am a defendant in above-captioned proceeding.

2. The only two people that I am certain who personal knowledge of my assets and finances are Steven Leff and my mother Dina Sprecher.

3. I don't know Marty Murray, CPA, 425 Madison Avenue, Ninth floor, New York, New York 10017, (212) 644-2100, but based upon my husband's affidavit he may have some knowledge of my assets and finances which have been controlled by my husband Steven Leff through our entire 13 year marriage.

                                                           _____
                                                           Rachel Leff

Sworn to before me this October, 9, 07
day of October, 2007
_____
Notary Public

My Commission expires:



LUIS F. YEPEZ
Notary Public - State of Florida
My Commission Expires Sep 5, 2008
Commission # DD 318323
Bonded By National Notary Assn.