UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

               - *against* -              07cv7657(LTS)

NATIONAL SETTLEMENT AGENCY INC., ET AL.,

                              Defendants.

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                 : ss.:
COUNTY OF NEW YORK  )

MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1.    I am over the age of 18 years and not a party to this action.

2.    On the 9th day of October, 2007, pursuant to the Court's directive, I served the ORDER DATED OCTOBER 5, 2007 AND ENTERED OCTOBER 9, 2007 GRANTING PLAINTIFF LEAVE TO MOVE FOR A DEFAULT JUDGMENT AS AGAINST DEFENDANTS NATIONAL SETTLEMENT AGENCY AND STEVEN LEFF upon:

        Michael Soshnick
        190 Willis Avenue, Suite 112
        Mineola, New York 11501

        National Settlement Agency
        Richard Leff, General Counsel
        10 Park Road
        Short Hills, NJ 07078

-2-

Jonathan B. Bruno, Esq.
Kaufman Borgeest & Ryan
9 Park Avenue, 19th Floor
New York, NY 10016

Lawrence Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, NY 10021

by Federal Express, next business day delivery.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
9th day of October, 2007

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2011