UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

ABN AMRO MORTGAGE GROUP, INC.,

        Plaintiff,

-v-                                    No. 07 Civ. 7657 (LTS)(GWG)

NATIONAL SETTLEMENT AGENCY, INC.
et al.,

        Defendants.

-------------------------------------------------------x

### ORDER TERMINATING MOTIONS

        Plaintiff, by way of Order to Show Cause entered on September 24, 2007, moved for the Court to hold Defendants Steven Leff and National Settlement Agency, Inc., in civil contempt. At the Court's October 1, 2007, hearing in connection with the above-captioned matter, said application was carried over for consideration in a subsequent hearing to be held on October 9, 2007. Thereafter, Plaintiff submitted a letter to the Court dated October 5, 2007, withdrawing its motion for contempt as to Defendants Steven Leff and National Settlement Agency, Inc.

        Plaintiff, by way of Order to Show Cause entered on September 27, 2007, also moved for the Court to hold Defendant Rachel Leff in civil contempt. A hearing was subsequently scheduled for October 5, 2007, and was adjourned on consent to October 9, 2007. Plaintiff then withdrew its motion for contempt as to Defendant Rachel Leff at the October 9, 2007, hearing.

        Accordingly, the Clerk of Court is respectfully requested to terminate Docket Entry Nos. 19 and 27.

Dated: New York, New York
         October 10, 2007

                                                        LAURA TAYLOR SWAIN
                                                        United States District Judge

101007.WPD        VERSION 10/10/07                                                                           1