Thomas J. Kavaler
David N. Kelley
CAHILL GORDON & REINDEL LLP
80 Pine Street, New York, New York
Telephone: (212) 701-3000

*Attorneys for Plaintiffs ABN AMRO Mortgage Group, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABN AMRO MORTGAGE GROUP, INC.,<br><br>                                             Plaintiff,<br><br>- against -<br><br>NATIONAL SETTLEMENT AGENCY, INC.,<br>STEVEN M. LEFF, RACHEL M. LEFF AND<br>RICHARD A. LEFF,<br><br>                                             Defendants. | Case No. 07-CIV-7657 (LTS)<br><br>**DECLARATION OF THOMAS J. KAVALER IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AS AGAINST DEFENDANTS NATIONAL SETTLEMENT AGENCY, INC. AND STEVEN M. LEFF** |

THOMAS J. KAVALER declares under penalty of perjury pursuant to 28 U.S.C. § 1746 as follows:

1.     I am a member of the bar of this Court and of the firm of Cahill Gordon & Reindel LLP, counsel for ABN AMRO Mortgage Group, Inc. ("AAMG"), plaintiff herein. I make this declaration to set forth certain facts pertinent to Plaintiff AAMG's motion for an order of civil contempt against Defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff.

2.     Attached as Exhibit A hereto is the Order of the Honorable Laura Taylor Swain, United States Judge for the Southern District of New York, ordering that Plaintiff AAMG may make a motion for a default judgment as against Defendants NSA and Steven M. Leff.

- 2 -

3.      Attached as Exhibit B hereto is the Certificate of the Clerk of the United States District Court for the Southern District of New York signed October 12, 2007, certifying that this action commenced on September 14, 2007, certifying that no answer had been filed by Defendants NSA and Steven M. Leff in this action, and noting the default of the defendant.

4.      Attached as Exhibit C hereto is the Affidavit of Service of Maura McLoughlin sworn to September 14, 2007 stating that the Summons and Complaint were served on NSA via Federal Express to its General Counsel Richard A. Leff on September 13, 2007 and on Steven M. Leff via Federal Express to his counsel Michael Soshnick on September 13, 2007.

5.      Attached as Exhibit D hereto is the Certificate of Service of Maura McLoughlin stating that the Amended Complaint was served on counsel to NSA and Steven M. Leff via Federal Express on September 13, 2007.

6.      Attached as Exhibit E hereto is a proposed form of Default Judgment for the Court to order in this matter.


        I declare under penalty of perjury that the foregoing is true and correct, and that this Declaration was executed on October 12, 2007.

                                        Thomas J. Kavaler

Exhibit A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

ABN AMRO MORTGAGE GROUP,

       Plaintiff,

   -v-

NATIONAL SETTLEMENT AGENCY, INC.
et al.,

       Defendants.

------------------------------------------------------------x

No.  07 Civ. 7657 (LTS)(GWG)


ORDER

```
┌─────────────────────────────────┐
│ USDC SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____          │
│ DATE FILED    OCT 0 9 2007      │
└─────────────────────────────────┘
```

      This matter having been commenced by the filing of a Complaint on August 28, 2007, and an Amended Complaint having been filed on September 14, 2007, and the Defendants National Settlement Agency, Inc. and Steven Leff having failed to interpose a timely answer to the Complaint or Amended Complaint or otherwise move in this proceeding, and the plaintiff having sought permission to move for a default judgment, it is hereby

      ORDERED, that the plaintiff may make a motion for a default judgment as against Defendants National Settlement Agency, Inc. and Steven Leff; and it is further

      ORDERED, that such motion for default judgment shall be served on the defendants and shall be accompanied by copies of the Clerk's Certificate and of proof of service of the summons and complaint and the motion for default judgment as provided by the undersigned's Individual Practices Rules; and it is further

      ORDERED, that said motion shall be briefed in accordance with the schedule set forth in Local Civil Rule 6.1 and will be taken on submission unless otherwise directed by the Court; and it is further

      ORDERED, that plaintiff shall serve a copy of this Order on defendants and file proof of such service within ten (10) days from the date hereof.


Dated: New York, New York
      October 5, 2007


                                 LAURA TAYLOR SWAIN
                                 United States District Judge

DEFPROVE.FRM    Version 10/5/07

Exhibit B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

Defendants.

Case No. 07-CIV-7657 (LTS)

CLERK'S CERTIFICATE

I, J. MICHAEL MCMAHON, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on 9/14/07 with the filing of a summons and amended complaint, a copy of the summons and amended complaint was served on defendants by Federal Express on 9/13/07, and proof of such service thereof was filed on 9/14/07.

I further certify that the docket entries indicate that the defendants National Settlement Agency, Inc. and Steven M. Leff have not filed an answer or otherwise moved with respect to the amended complaint herein. The default of the defendants National Settlement Agency, Inc. and Steven M. Leff are hereby noted.

Dated: New York, New York

10/12/07

J. MICHAEL MCMAHON
Clerk of the Court

By: _____
Deputy Clerk

Exhibit C

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

        - against -

NATIONAL SETTLEMENT AGENCY INC., ET
AL.,,

                              Defendants.

07cv7657(LTS)

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK      )
                       : ss.:
COUNTY OF NEW YORK     )

        MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

        1.      I am over the age of 18 years and not a party to this action.

        2.      On the 13th day of September, 2007 I served the SUMMONS,
COMPLAINT, ORDER TO SHOW CAUSE FOR ORDER OF ATTACHMENT,
MEMORANDUM OF LAW IN SUPPORT OF MOTION FOR ORDER OF ATTACHMENT,
ORDER OF ATTACHMENT AS AGAINST DEFENDANTS STEVEN LEFF AND
NATIONAL SETTLEMENT AGENCY, INC. and INITIAL CONFERENCE ORDER upon:

                Michael Soshnick
                190 Willis Avenue, Suite 112
                Mineola, New York 11501

                National Settlement Agency
                Richard Leff, General Counsel
                10 Park Road
                Short Hills, NJ 07078

-2-

by Federal Express, next business day delivery..

_____
/MAURA A. MCLOUGHLIN

Sworn to before me this
14th day of September, 2007

_____
/ Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010

Exhibit D

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

Defendants.

Case No. 07-CIV-7657

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 13, 2007, I served a true and correct copy of the Amended Complaint on the following, via federal express, next business day delivery:

National Settlement Agency, Inc.
c/o Richard A. Leff, Esq., as General Counsel
10 Park Road
Short Hills, NJ 07078

Michael Soshnick, Esq.
190 Willis Avenue, Suite 112
Mineola, New York 11501

Lawrence Morrison, Esq.
220 East 72nd Street, 25th Floor
New York, New York 10021

Jonathan B. Bruno, Esq.
Kaufman Borgeest & Ryan LLP
9 Park Avenue-19th Fl
New York, NY 10016

Maura A. McLoughlin

Exhibit E

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

ABN AMRO MORTGAGE GROUP, INC.,

                                         Plaintiff,

                    - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                                         Defendants.

Case No. 07-CIV-7657 (LTS)

**DEFAULT JUDGMENT
AS AGAINST DEFENDANTS
NATIONAL SETTLEMENT
AGENCY, INC. AND
STEVEN M. LEFF**

Upon the Motion for Default Judgment of Plaintiff ABN AMRO Mortgage Group Inc. ("AAMG") dated October 12, 2007, the Declaration of Thomas J. Kavaler dated October 12, 2007, and Plaintiff's Memorandum of Law, dated October 12, 2007, it appears that Defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff each have failed timely to plead, to respond to the Complaint or Amended Complaint, or otherwise to defend against the Complaint or the Amended Complaint after being properly served with the Summons and Complaint and the Amended Complaint.  Accordingly, a Certificate of Default against defendants NSA and Steven M. Leff under Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 was signed by the clerk of this Court on October 12, 2007.

-2-

ORDERED that  judgment be entered under Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(a) against defendants NSA and Steven M. Leff, jointly and severally, and  in favor of Plaintiff AAMG in the amount of $2,261,774.10, and it is further,


ORDERED that plaintiff AAMG shall recover from defendants NSA and Steven M. Leff, jointly and severally,  the sum of $_____ as prejudgment interest from September 13, 2007.


Dated:  New York, New York
        October____, 2007


_____
United States District Judge