UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                           Plaintiff,

- *against* -            07cv7657 (LTS)

NATIONAL SETTLEMENT AGENCY INC., ET AL.,

                          Defendants.

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                                : ss.:
COUNTY OF NEW YORK )

MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to this action.

2. On the 15th day of October, 2007 I served the MOTION FOR A DEFAULT JUDGMENT AS AGAINST DEFENDANTS NATIONAL SETTLEMENT AGENCY, INC. AND STEVEN M. LEFF, DECLARATION OF THOMAS J. KAVALER IN SUPPORT and MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S MOTION FOR A DEFAULT JUDGMENT AS AGAINST NATIONAL SETTLEMENT AGENCY, INC. AND STEVEN M. LEFF upon:

          National Settlement Agency
          c/o Steven M. Leff
          c/o Michael Soshnick
          190 Willis Avenue
          Suite 112
          Mineola, New York 11501

-2-

by Federal Express, next day delivery.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
15th day of October, 2007

_____
Notary Public

NICHOLAS J. MARCANTONIO
Notary Public, State of New York
No. 31-01MA4517276
Qualified in New York County
Commission Expires March 30, 2010