UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
ABN AMRO MORTGAGE GROUP, INC.,

                                          Plaintiff,         Case No. 07 cv 7657 (LTS)

      - against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                                          Defendants.
-------------------------------------------------------------------X

### AFFIDAVIT OF STEVEN M. LEFF

Steven M. Leff, being duly sworn, deposes and says:

1. I am one of the defendants in the above-captioned case.

2. I submit this affidavit in compliance with the Court's Supplemental Disclosure Order dated October 9, 2007.

3. I consulted my criminal defense attorneys, Jeffrey Hoffman and Susan Wolfe, Esqs. in regard to completion of this affidavit.

4. My criminal defense attorneys are affiliated with: Hoffman & Pollok LLP, 260 Madison Avenue, New York, New York 10016. Their telephone number is 212-679-2900; and their fax number is 212-679-1844.

5. Because of the criminal case pending against me in the Eastern District of New York, I have decided, after consultation with counsel, to assert my Fifth Amendment Privilege Against Self-Incrimination with respect to the above-referenced Supplemental Disclosure Order.

6. Therefore, I respectfully assert my Fifth Amendment Privilege Against Self-Incrimination in regard to each and every item set forth in the Court's October 9, 2007 Order.

Steven M. Leff

Sworn to before me this 22nd day of October, 2007

*John Lawrence*
NOTARY PUBLIC

JOHN LAWRENCE
Notary Public, State of New York
No. 30-4611535
Qualified in Nassau County
Commission Expires June 22, 20 10

Case No. 07 cv 7657 (LTS)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF and
RICHARD A. LEFF,

                Defendants.

---

### AFFIDAVIT OF STEVEN M. LEFF

---

**MICHAEL L. SOSHNICK, ESQ.**
Attorney for Defendant

Office and Post Office Address, Telephone

190 WILLIS AVENUE
SUITE 112
MINEOLA, NEW YORK  11501
(516) 294-1111