UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 6 2007

ABN AMRO MORTGAGE GROUP, INC.,

                          Plaintiff,

- *against* -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                         Defendants.

Case No. 07-CIV-7657 (LTS)

**DEFAULT JUDGMENT
AS AGAINST DEFENDANTS
NATIONAL SETTLEMENT
AGENCY, INC. AND
STEVEN M. LEFF**

       Upon the Motion for Default Judgment of Plaintiff ABN AMRO Mortgage Group Inc. ("AAMG") dated October 12, 2007, the Declaration of Thomas J. Kavaler dated October 12, 2007, and Plaintiff's Memorandum of Law, dated October 12, 2007, it appears that Defendants National Settlement Agency, Inc. ("NSA") and Steven M. Leff each have failed timely to plead, to respond to the Complaint or Amended Complaint, or otherwise to defend against the Complaint or the Amended Complaint after being properly served with the Summons and Complaint and the Amended Complaint. Accordingly, a Certificate of Default against defendants NSA and Steven M. Leff under Rule 55(a) of the Federal Rules of Civil Procedure and Local Civil Rule 55.1 was signed by the clerk of this Court on October 12, 2007.

-2-


*as 54(b) and*

ORDERED that judgment be entered under Rule 55(b)(1) of the Federal Rules of Civil Procedure and Local Civil Rule 55.2(a) against defendants NSA and Steven M. Leff, jointly and severally, and in favor of Plaintiff AAMG in the amount of $2,261,774.10, and it is further,

ORDERED that plaintiff AAMG shall recover from defendants NSA and Steven M. Leff, jointly and severally, the sum of $35,692.18 as prejudgment interest from September 13, 2007.

Dated: New York, New York
~~October~~ November 16, 2007

_____
United States District Judge