# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, N.Y. 10005-1702

| | | | | |
|---|---|---|---|---|
| FLOYD ABRAMS | CHARLES A. GILMAN | TELEPHONE: (212) 701-3000 | MICHAEL J. OHLER | GLENN J. WALDRIP, JR. |
| L. HOWARD ADAMS | STEPHEN A. GREENE | FACSIMILE: (212) 269-5420 | KENNETH W. ORCE | MICHAEL B. WEISS |
| ROBERT A. ALESSI | ROBERT M. HALLMAN | | DAVID R. OWEN | S. PENNY WINDLE |
| ROGER ANDRUS | WILLIAM M. HARTNETT | 1990 K STREET, N.W. | JOHN PAPACHRISTOS | COREY WRIGHT |
| HELENE R. BANKS | CRAIG M. HOROWITZ | WASHINGTON, D.C. 20006-1181 | LUIS R. PENALVER | DANIEL J. ZUBKOFF |
| MICHAEL A. BECKER | DOUGLAS S. HOROWITZ | (202) 862-8900 | ROY L. REGOZIN | ADAM ZUROFSKY |
| LANDIS C. BEST | DAVID G. JANUSZEWSKI | FAX: (202) 862-8958 | DEAN RINGEL | |
| GARY A. BROOKS | ELAI KATZ | | JAMES ROBINSON | |
| SUSAN BUCKLEY | THOMAS J. KAVALER | | THORN ROSENTHAL | SENIOR COUNSEL |
| KEVIN J. BURKE | DAVID N. KELLEY | AUGUSTINE HOUSE | JONATHAN A. SCHAFFZIN | LAWRENCE A. KOBRIN |
| JAMES J. CLARK | EDWARD P. KRUGMAN | 6A AUSTIN FRIARS | JOHN SCHUSTER | IMMANUEL KOHN |
| BENJAMIN J. COHEN | JOEL KURTZBERG | LONDON, ENGLAND EC2N 2HA | MICHAEL A. SHERMAN | DONALD J. MULVIHILL |
| CHRISTOPHER T. COX | ALIZA R. LEVINE | (011) 44.20.7920.9800 | DARREN SILVER | |
| W. LESLIE DUFFY | GEOFFREY E. LIEBMANN | FAX: (011) 44.20.7920.9825 | HOWARD G. SLOANE | |
| ADAM M. DWORKIN | MICHAEL MACRIS | | LAURENCE T. SORKIN | COUNSEL |
| RICHARD E. FARLEY | ANN S. MAKICH | | LEONARD A. SPIVAK | |
| PATRICIA FARREN | JONATHAN I. MARK | | SUSANNA M. SUH | JAY GEIGER |
| JOAN MURTAGH FRANKEL | GERARD M. MEISTRELL | WRITER'S DIRECT NUMBER | GERALD S. TANENBAUM | RAND McQUINN* |
| JONATHAN J. FRANKEL | MICHAEL E. MICHETTI | | JONATHAN D. THIER | |
| BART FRIEDMAN | WILLIAM J. MILLER | (212) 701-3406 | JOHN A. TRIPODORO | |
| CIRO A. GAMBONI | ATHY A. MOBILIA | | ROBERT USADI | *ADMITTED IN |
| WILLIAM B. GANNETT | NOAH B. NEWITZ | | GEORGE WAILAND | DC, TX, VA ONLY |

November 21, 2007

Re: Case No. 07-CIV-7657 (LTS)
ABN AMRO Mortgage Group, Inc. v.
<u>National Settlement Agency, Inc. et al.</u>

Dear Judge Swain:

      Plaintiff ABN AMRO Mortgage Group, Inc., on behalf of itself and Defendant Richard A. Leff (at this point, the only parties remaining active in the case), respectfully requests an extension of time to file the Preliminary Pre-Trial Statement pursuant to the Court's Initial Conference Order filed September 19, 2007.

      The parties met and conferred on November 8, 2007. Pursuant to the Initial Conference Order the due date of the Preliminary Pre-Trial Statement is November 23, 2007. The parties respectfully request an extension until Tuesday, November 27, 2007 to submit the Preliminary Pre-Trial Statement, if such an extension is possible while maintaining the November 30, 2007 Pre-Trial Conference date as ordered in the Initial Conference Order.

**MEMO ENDORSED**
IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of service within 5 days from the date hereof. Do [not fax] Chambers.

Hon. Laura Taylor Swain
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

BY HAND

Respectfully submitted,

Thomas J. Kavaler    The request is granted.

SO ORDERED.

[signed] 11/26/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

CAHILL GORDON & REINDEL LLP

-2-

cc:   Jonathan B. Bruno, Esq. (Via Fax)
      David N. Kelley, Esq.
      Arthur Dobelis, Esq.