**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

      *against* -

NATIONAL SETTLEMENT AGENCY INC, ET AL.,
,

                              Defendants.

07cv7657(LTS)

---

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                  : ss.:
COUNTY OF NEW YORK  )

      MAURA A. MCLOUGHLIN, being duly sworn, deposes and says:

      1.     I am over the age of 18 years and not a party to this action.

      2.     On the 27th day of November, 2007 I served the NOVEMBER 21, 2007 LETTER OF THOMAS J. KAVALER WITH NOVEMBER 26, 2007 MEMO ENDORSEMENT upon:

                              Jonathan B. Bruno, Esq.
                              Kaufman Borgeest & Ryan
                              9 Park Avenue, 19th Floor
                              New York, NY  10016
                              (fax) 212-980-9291

-2-

by causing it to be transmitted to the above mentioned facsimile number.

_____
MAURA A. MCLOUGHLIN

Sworn to before me this
29th day of November, 2007

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2011