# CAHILL GORDON & REINDEL LLP
### EIGHTY PINE STREET
### NEW YORK, N.Y. 10005-1702

FLOYD ABRAMS
L. HOWARD ADAMS
ROBERT A. ALESSI
ROGER ANDRUS
HELENE R. BANKS
MICHAEL A. BECKER
LANDIS C. BEST
GARY A. BROOKS
SUSAN BUCKLEY
KEVIN J. BURKE
JAMES J. CLARK
BENJAMIN J. COHEN
CHRISTOPHER T. COX
W. LESLIE DUFFY
ADAM M. DWORKIN
RICHARD E. FARLEY
PATRICIA FARREN
JOAN MURTAGH FRANKEL
JONATHAN J. FRANKEL
BART FRIEDMAN
CIRO A. GAMBONI
WILLIAM B. GANNETT

CHARLES A. GILMAN
STEPHEN A. GREENE
ROBERT M. HALLMAN
WILLIAM M. HARTNETT
CRAIG M. HOROWITZ
DOUGLAS S. HOROWITZ
DAVID G. JANUSZEWSKI
ELAI KATZ
THOMAS J. KAVALER
DAVID N. KELLEY
EDWARD P. KRUGMAN
JOEL KURTZBERG
ALIZA R. LEVINE
GEOFFREY E. LIEBMANN
MICHAEL MACRIS
ANN S. MAKICH
JONATHAN I. MARK
GERARD M. MEISTRELL
MICHAEL E. MICHETTI
WILLIAM J. MILLER
ATHY A. MOBILIA
NOAH B. NEWITZ

TELEPHONE: (212) 701-3000
FACSIMILE: (212) 269-5420

1990 K STREET, N.W.
WASHINGTON, D.C. 20006-1181
(202) 862-8900
FAX: (202) 862-8958

AUGUSTINE HOUSE
6A AUSTIN FRIARS
LONDON, ENGLAND EC2N 2HA
(011) 44.20.7920.9800
FAX: (011) 44.20.7920.9825

WRITER'S DIRECT NUMBER

(212) 701-3406

MICHAEL J. OHLER
KENNETH W. ORCE
DAVID R. OWEN
JOHN PAPACHRISTOS
LUIS R. PENALVER
ROY L. REGOZIN
DEAN RINGEL
JAMES ROBINSON
THORN ROSENTHAL
JONATHAN A. SCHAFFZIN
JOHN SCHUSTER
MICHAEL A. SHERMAN
DARREN SILVER
HOWARD G. SLOANE
LAURENCE T. SORKIN
LEONARD A. SPIVAK
SUSANNA M. SUH
GERALD S. TANENBAUM
JONATHAN D. THIER
JOHN A. TRIPODORO
ROBERT USADI
GEORGE WAILAND

GLENN J. WALDRIP, JR.
MICHAEL B. WEISS
S. PENNY WINDLE
COREY WRIGHT
DANIEL J. ZUBKOFF
ADAM ZUROFSKY

SENIOR COUNSEL
LAWRENCE A. KOBRIN
IMMANUEL KOHN
DONALD J. MULVIHILL

COUNSEL
JAY GEIGER
RAND McQUINN*

*ADMITTED IN
DC, TX, VA ONLY

November 28, 2007

Re:   Case No. 07-CIV-7657 (LTS-GWG)
      ABN AMRO Mortgage Group, Inc. v.
      National Settlement Agency, Inc. et al.

Dear Judge Swain:

Plaintiff ABN AMRO Mortgage Group, Inc. and Defendant Richard A. Leff (at this point, the only parties remaining active in the case; together, the "Parties") jointly filed a Preliminary Pre-Trial Statement yesterday, November 27, 2007 which stated that the Parties had agreed to a deadline (the "Rule 26(a) Deadline") of November 28, 2007 to make all disclosures required under Rule 26(a) of the Federal Rules of Civil Procedure.

The Parties have agreed to an extension of the Rule 26(a) Deadline until Friday, December 14, 2007. On behalf of both Parties, Plaintiff requests permission to amend the Rule 26(a) Deadline to December 14, 2007 and requests that the jointly filed Preliminary Pre-Trial Statement be deemed amended to incorporate this new Rule 26(a) Deadline.

SO ORDERED.

Respectfully submitted,

/s/ 11/29/2007
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Thomas J. Kavaler

Hon. Laura Taylor Swain
United States District Judge for the
Southern District of New York
500 Pearl Street
New York, New York 10007

BY HAND

MEMO ENDORSED

IT IS ORDERED that counsel to whom this Memo Endorsement is sent is responsible for faxing or otherwise delivering promptly a copy to all counsel and unrepresented parties and filing a certificate of such service within 5 days from the date hereof. Do [cut off]

CAHILL GORDON & REINDEL LLP

-2-

cc: Jonathan B. Bruno, Esq. (Via Fax)
     David N. Kelley, Esq.
     Arthur Dobelis, Esq.

CAHILL GORDON & REINDEL LLP