UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                             Plaintiff,

            - against -                 07cv7657(LTS)

NATIONAL SETTLEMENT AGENCY INC., ET AL.,

                            Defendants.

---

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                                : ss.:
COUNTY OF NEW YORK  )

        NICHOLAS J. MARCANTONIO, being duly sworn, deposes and says:

1.    I am over the age of 18 years and not a party to this action.

2.    On the 3rd day of December, 2007 I served the NOVEMBER 28, 2007 LETTER OF THOMAS J. KAVALER WITH NOVEMBER 28, 2007 MEMO ENDORSEMENT upon:

        Jonathan B. Bruno, Esq.
        Kaufman Borgeest & Ryan
        9 Park Avenue, 19th Floor
        New York, NY 10016
        (Fax) 212-980-9291

by causing it to be transmitted to the above mentioned facsimile number.

                                                   _____
                                                   NICHOLAS J. MARCANONTIO

Sworn to before me this
3rd day of December, 2007

_____
Notary Public

NICOLE ...
Notary Public, State of New York
No. 01D...
Qualified in Richmond County
Commission Expires Feb. 12, 2011