UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

ABN Amro,

                        Plaintiff(s),

    -v-

National Settlement Agency, Steven M. Leff, Rachel M. Leff, Richard A. Leff,

                        Defendant(s).
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 03 2007

**ORDER OF REFERENCE
TO A MAGISTRATE JUDGE**

07 Civ. 7657 (LTS)(GWG)

LAURA TAYLOR SWAIN, District Judge
    The above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

_X_   General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement)

___   Specific Non-Dispositive Motion/Dispute:*
_____
_____

    If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral:_____

___   Settlement* (Principals to participate as required by Magistrate Judge)

___   Inquest After Default/Damages Hearing

___   Consent under 28 U.S.C. §636(c) for all purposes (including trial)

___   Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction)

    Purpose:_____

___   Habeas Corpus

___   Social Security

___   Dispositive Motion (i.e., motion requiring a Report and Recommendation)

    Particular Motion:_____
_____

    All such motions: ____

---

* Do not check if already referred for general pretrial.

**SO ORDERED**.

DATED:   New York, New York
            December 3, 2007

                                               LAURA TAYLOR SWAIN
                                               United States District Judge