UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
INDYMAC BANK, F.S.B.,                            :

          Plaintiff,                                 :

                                              07 Civ. 6865 (LTS) (GWG)

      -v-                                       :

NATIONAL SETTLEMENT AGENCY INC. et al.,:
          Defendants.
-----------------------------------------------------------------X
ANB AMRO MORTGAGE GROUP, INC.                 :

          Plaintiff,                                 :

                                              07 Civ. 7657 (LTS)(GWG)

      -v-                                       :

NATIONAL SETTLEMENT AGENCY INC. et al.,:
          Defendants.
-----------------------------------------------------------------X
E* TRADE SAVINGS BANK AND                      :
E* TRADE MORTGAGE CORP.,
                                                                  :
          Plaintiffs,                                :    07 Civ. 8065 (LTS)(GWG)

                                                                  :
      -v-
                                                                  :
NATIONAL SETTLEMENT AGENCY, INC. et al.,
          Defendants.
-----------------------------------------------------------------X
LYDIAN PRIVATE BANK                             :

          Plaintiff,                                 :
                                                                        07 Civ. 8173 (LTS)(GWG)
      -v-                                       :

STEVEN M. LEFF, RICHARD LEFF et al.,         :
          Defendants.
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

    1. The above-referenced action has been referred to this Court for general pre-trial purposes, which includes all pre-trial applications (including those relating to discovery), except motions to dismiss or for judgment on the pleadings, for injunctive relief, for summary judgment, or for class certification. See 28 U.S.C. § 636(b)(1)(A).