Swain J



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                        Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF, AND
RICHARD A. LEFF,

                        Defendants.

07-CV-7657 (LTS/GWG)

**STIPULATION AND ORDER OF DISMISSAL WITHOUT PREJUDICE**

---

      **IT IS HEREBY STIPULATED AND ORDERED** that the above-captioned action be, and hereby is, dismissed **without prejudice** and without interest, costs or attorneys' fees to any party as to **Richard A. Leff only** pursuant to the Federal Rule of Civil Procedure 41.

Dated: New York, New York
       May 22, 2008

_____
Thomas J. Kavaler
Cahill Gordon & Reindel LLP
80 Pine Street
New York, NY 10005
(212) 701-3000
Attorneys for Plaintiff

_____
Jonathan B. Bruno
Kaufman Borgeest & Ryan LLP
99 Park Avenue, 19th Floor
New York, NY 10016
(212) 980-9600
Attorneys for Defendant Richard A. Leff

So Ordered:

_____  5/23/08
Honorable Laura T. Swain
United States District Judge