UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

ABN AMRO MORTGAGE GROUP, INC.,

      Plaintiff,

-v-                                       No. 07 Civ. 7657 (LTS)(GWG)

RACHEL LEFF,

      Defendant.

-----------------------------------------------------------x



## ORDER TO SHOW CAUSE

      On May 23, 2008, the Court so ordered a stipulation dismissing without prejudice the above-captioned action as against Defendant Richard A. Leff (Docket Entry No. 95), and on November 16, 2007, the Court entered judgment against Defendants National Settlement Agency, Inc. and Steven M. Leff in favor of Plaintiff. (Docket Entry No. 76.) Defendant Rachel Leff is the only remaining defendant in this action[1] and, according to representations made in the record several months ago, Rachel Leff has filed for bankruptcy.

      Plaintiff is hereby ordered to show cause, in a declaration or other written response filed with the Court and served on Rachel Leff's counsel of record, with a courtesy copy provided for Chambers **no later than June 6, 2008,** why this action should not be dismissed without prejudice in its entirety or placed on the suspense calendar.

SO ORDERED.

Dated: New York, New York
May 27, 2008

                                                             LAURA TAYLOR SWAIN
                                                             United States District Judge

---

[1] The docket currently reflects two remaining defendants, "Rachel M. Leff" and "Rachel Leff," who refer to the same individual. Therefore, the Clerk of Court is respectfully requested to terminate the caption entry referring to Defendant "Rachel M. Leff."