UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ABN AMRO MORTGAGE GROUP, INC.,

                              Plaintiff,

- against -

NATIONAL SETTLEMENT AGENCY, INC.,
STEVEN M. LEFF, RACHEL M. LEFF AND
RICHARD A. LEFF,

                              Defendants.

Case No. 07-CV-7657

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                              : ss.:
COUNTY OF NEW YORK )

NICHOLAS J. MARCANTONIO, being duly sworn, deposes and says:

1. I am over the age of 18 years and not a party to this action.

2. On the 29th day of May, 2008 I served the AFFIDAVIT OF PLAINTIFF'S COUNSEL IN RESPONSE TO ORDER TO SHOW CAUSE upon:

      Douglas J. Pick, Esq.
      Pick & Zabicki LLP
      369 Lexington Avenue, 12th Floor
      New York, NY 10017
      Facsimile: (212) 695-6007

by facsimile.

                                                    _____
                                                    NICHOLAS J. MARCANTONIO

Sworn to before me this
29th day of May 2008

_____
Notary Public

NICOLE DELUTRI
Notary Public, State of New York
No. 01DE6160981
Qualified in Richmond County
Commission Expires Feb. 12, 2011